MARCY CROFT, §
§
  *Plaintiff,* §
§
vs. §          CIVIL ACTION NO. 3:25-CV-000422
§
ANTHONY BUZBEE, ANTHONY §
BUZBEE, L.P. d/b/a THE BUZBEE LAW §
FIRM, AND JOSE MALDONADO, §
§
  *Defendants*. §

## DECLARATION OF DAVID C. FORTNEY

I, David C. Fortney, declare and state as follows.

1.      My name is David C. Fortney. I am a licensed attorney in the State of Texas and before this Court. I am employed as an attorney by the Buzbee Law Firm.  My office address is 600 Travis Street, Suite 7500, Houston, TX 77002.  My date of birth is September 5, 1975.

2.      The parties to this action are also parties to the following cases currently pending in Harris County District Court:  *The Buzbee Law Firm v. Quinn Emanuel Urquhart & Sullivan, LLP*, Cause No. 2024-84902, 11th Judicial District Court (filed December 5, 2024); *Gerardo Garcia v. Marcy Bryan Croft, et al*., Cause No. 2024-87692, 127th Judicial District Court (filed December 18, 2024); and *Juan Maldonado v. Marcy Bryan Croft, et al*., Cause No. 2025-00577, 190th Judicial District Court (filed January 3, 2025).  Those cases were removed for a brief time to the Southern District of Texas as Case Nos. 4:25-cv-00385, 4:25-cv-00353, and 4:25-cv-00345 (respectively). Limited jurisdictional discovery as to the identity and residence of the investigator known to Plaintiff as "Jessica Santiago" was taken in these matter while removed to and pending in the Southern District of Texas.

3.      Attached as **Exhibit 1** is a true and correct copy of the Deposition Transcript of Marcy

Croft, taken May 19, 2025, in *The Buzbee Law Firm v. Croft, et al.*, Civil Action No. 4:25-cv-00385; *Maldonado v. Croft, et al.*, Civil Action No. 4:25-cv-00345; and, *Garcia v. Croft, et al.*, Civil Action No. 4:25-cv-00353, Consolidated, United States District Court for the Southern District of Texas, Houston Division.

4.      Attached as **Exhibit 2** is a true and correct copy of the Affidavit of Jose Maldonado, introduced as Exhibit 2 to the deposition of Marcy Croft.

5.      Attached as **Exhibit 3** is a true and correct copy of the transcript of a call between Gerardo Garcia and Jessica Santiago, introduced as Exhibit 3 to the deposition of Marcy Croft.

6.      Attached as **Exhibit 4** is a true and correct copy of a screenshot of a transcribed voicemail left on Gerardo Garcia's phone, introduced as Exhibit 4 to the deposition of Marcy Croft.

7.      Attached as **Exhibit 5** is a true and correct copy of a text string between "Jessica Santiago" and Gerardo Garcia, introduced as Exhibit 5 to the deposition of Marcy Croft.

8.      Attached as **Exhibit 6** is a true and correct copy of the Affidavit of Gerardo Garcia.


I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of January, 2026, in Houston, Texas.

_____
David C. Fortney

2