# EXHIBIT A

12/18/2024 8:54 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 95435975
By: Wanda Chambers
Filed: 12/18/2024 8:54 AM

CAUSE NO. _____

| | | |
|---|---|---|
| GERARDO GARCIA, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARCY BRYAN CROFT, ROC NATION, | § | |
| LLC, MJ LEGAL, P.A., JESSICA SANTIAGO, | § | |
| QUINN EMANUEL URQUHART & | § | |
| SULLIVAN, LLP, | § | |
| | § | |
| *Defendants.* | § | _____ DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY AND CONSPIRACY TO COMMITT BARRATRY

Plaintiff files this Original Petition against Defendants Marcy Bryan Croft, MJ Legal, P.A., Investigator Jessica Santiago, Roc Nation, LLC, and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), seeking damages, and respectfully shows this Honorable Court the following:

Defendants have conspired to obstruct justice by engaging shadowy operatives to illegally seek out more than two dozen[1] current and former clients of The Buzbee Law Firm to convince those clients to bring frivolous cases against The Buzbee Law Firm. Defendant Roc Nation is financing the effort. Its attorneys, Marcy Croft and Quinn Emanuel, are orchestrating the effort. In some cases, Defendants' agents pretend to work for the State of Texas and have flashed fake badges.[2] Soliciting clients is a crime in the State of Texas. Paying individuals to file false claims is unethical and criminal in the State of Texas. Impersonating a state official is a crime. In at least one case, Defendants' agents offered as much as $10,000 to a former client of the Buzbee Law

---

[1] Exhibit 1. Transcript between Jessica Santiago and Gerardo Garcia. "Exactly, we have like 70 people that are in this class action, and there will be more. You are on the list but we have other people too. Today I'm visiting with you, and with 3 more people who will sign up to be in the lawsuit. And it will increase daily. We have more pages with people. I don't know how many but there are many. And if there are more people in the class action, that is better for you, because that means you will collect something."

[2] Exhibit 1. Transcript between Jessica Santiago and Gerardo Garcia. "We are from the state."

Firm to sue the firm.[3]  Unfortunately for the Defendants, their agents are not very smart, or careful. Their agents were caught on audiotape, red handed. Not knowing they were being recorded, Defendant's agents admitted that Defendant Marcy Croft,[4] a licensed Texas lawyer and member of "Team Roc," was orchestrating the effort, and in another recording those agents described the criminal conspiracy in great detail, going so far to admit that the lawsuits would be in the press, and that some former clients had already accepted money to join the effort.

Roc Nation and Jay Z are synonymous. Jay Z is founder and Chairman of Roc Nation. At the same time the illegal conduct described herein continues, The Buzbee Law Firm is pursuing claims on behalf of at least one client against Jay Z in New York Federal Court. And, as a result of that client's claims, Jay Z sued the Buzbee Law Firm in Los Angeles state court. Defendant Quinn Emanuel, who represents Jay Z in both cases, and who also frequently represents Roc Nation, denied in open court and in the press involvement in the scheme described herein.[5] That denial was a bold-faced LIE. The illegal effort described here, which Roc Nation is funding, and Defendant Croft and Defendant Quinn Emanuel are orchestrating, is intended to interfere with The Buzbee Law Firm's ability to represent its clients, and offer pertinent evidence to authorities.

---

[3] Exhibit 2. Affidavit of Skylar Taylor; Exhibit 3. Affidavit of Shannon Champagne. The Defendants were aggressive. "These men offered me money to sign on as a client with them. Specifically. they offered me $10,000 in exchange for signing with them as a client.". Affidavit of Shannon Champagne. Defendants' scheme has been successful in two instances thus far. Two cases have been filed to date—both utterly frivolous and patently false. Both will undoubtedly needlessly subject the former Buzbee Law Firm clients to fees and expenses, and will result in bar action against the law firms who accepted referrals of the cases from Defendant Marcy Croft. Croft, of course, will also be subject to bar complaints. Her conduct is despicable and criminal, despite being mandated by her client and self-described benefactor Roc Nation.

[4] Defendant Roc Nation routinely employs the law firm of Quinn Emanuel. Quinn Emanuel is also the law firm representing Jay-Z in the case he filed against the Buzbee Law Firm in Los Angeles, as well as a case where Jay Z was sued by a client of the Buzbee Law Firm in New York. Defendant Marcy Croft has a long association with Quinn Emanuel and Roc Nation.

Defendants' scheme is summarized in the following recording transcript:

> *What we're trying to do is, we are trying put this thing together for the company that we're working for--*
>
> *We could get you paid, . . . you could get money right soon, you know?*
>
> *We gave this kid 1,000 bucks to start yesterday just to get him on the right path.*
>
> *At the end of the day, this is going to go through the courts, Buzbee is getting sued . . ." Exhibit 4 . Page. 6.*

As part of their scheme, Defendants attempted to use the Plaintiff herein as a pawn. On behalf of Defendant Marcy Croft, two individuals approached the Plaintiff. They were pushy. They told him he had to talk to them, because they were with the State. They told him that they were putting together a lawsuit on behalf of Defendant Marcy Croft and the company she was working for, and that she would assign his case to someone who could get him a lot of money. Thankfully, rather than go along with their illegal efforts, the Plaintiff recorded them instead. He now files suit for barratry, both a crime and a civil action it the State of Texas. This is just one of multiple cases to be filed by Plaintiffs who have been illegally solicited by investigators working as part of a cabal headquartered in New York City. Defendants have a long history of the type of abusive and egregious conduct described herein. Because they have gotten away with it for so long, Defendants think they can come down to Texas and do whatever they choose with impunity. They are wrong. Their behavior will have consequences, both civilly and criminally.

## I.
## PARTIES

Plaintiff is a resident of Texas and Harris County.

Defendant Marcy Bryan Croft is a Texas licensed attorney, and a self-admitted member of "Team Roc."  She can be served through the Texas Secretary of State at her office at 1501

Jacksonian Plaza 12159, Jackson, MS 39211. Marcy's connection with Defendants Roc Nation

and Quinn Emanuel is plainly demonstrated below:

Unofficial Copy Office of Marilyn Burgess District Clerk







Defendant MJ Legal, P.A., is a business corporation and law firm performing legal services in Texas. This Defendant can be served through the Texas Secretary of State at her office via personal service to March Bryan Croft at 1501 Jacksonian Plaza 12159, Jackson, MS 39211.

Defendant Roc Nation, LLC is a limited liability company organized in Delaware and headquartered in New York. This Defendant can be served through the Texas Secretary of State via registered agent at C/O Corporate Creations Network, Inc., 600 Mamaroneck Avenue #400, Harrison, New York 10528.

Defendant Quinn Emanuel Urquhart & Sullivan, LLP is a limited liability partnership which may be served at its Houston office located at 700 Louisiana Street, Suite 3900, Houston, Texas 77002. Quinn Emanuel frequently represents Roc Nation and currently represents Jay-Z in a lawsuit against the Buzbee Law Firm.

Defendant Jessica Santiago is a resident of Harris County, Texas, and can be served via personal service at her home address in Harris County, or wherever she may be found.

**II.**
**VENUE AND JURISDICTION**

Venue is proper in Harris County, Texas pursuant to Section 15.002(a)(1) of the Texas Civil Practices and Remedies Code because all or a substantial part of the events or omissions giving rise to the claims occurred in Harris County, Texas.

The Court has subject matter jurisdiction because the amount in controversy is within the jurisdictional limits of this Court. Moreover, all of the incidents in question occurred in Harris County.

## III.
## DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169, because Plaintiff requests injunctive relief and Plaintiff seeks monetary relief over $100,000.

## IV.
## EVIDENCE

This filing is supporting by the following evidence, which is attached and incorporated herein:

    A.  Transcript of Defendant Jessica Santiago and Gerardo Garcia.

    B.  Transcript of Defendants' agent and Skylar Taylor.

    C.  Affidavit of Skylar Taylor.

    D.  Affidavit of Shannon Champagne.

## V.
## FACTS

On behalf of two clients, Tony Buzbee and the Buzbee Law Firm ("Firm") sent demand letters to Shawn "Jay Z" Carter's attorneys in New York. The letters made no monetary demand. They only sought a confidential sit down to discuss the clients' allegations. In response to the two letters, Defendant Quinn Emanuel filed suit against the Buzbee Law Firm. That suit alleged that the Firm was trying to extort Shawn "Jay Z" Carter." That lawsuit was, and is, frivolous, and will be dismissed.

Several weeks later, the Buzbee Law Firm, on behalf of one of the clients who sent a demand letter, filed a lawsuit against Mr. Carter. At or around that time, Defendants' conspiracy began. As part of that conspiracy, current and former clients of The Buzbee Law Firm began

receiving solicitations from investigators asking current and former clients to sue the Firm. The investigators used burner phones. Many times the investigators used fake names, or flashed badges or credentials but would not let the clients see them. During some of the contacts, the investigators were pushy, and in at least two, they pretended to be acting on behalf of the State of Texas. Several of these calls were caught on either camera or tape. In each instance, the investigators were careful not to disclose on whose behalf they were working. For good reason. The Defendants in this case did not want to disclose their participation in the flagrant violation of Texas law. Indeed, these Defendants openly and brazenly violated Texas' criminal laws dozens of times.

One such target of Defendant's solicitation was Plaintiff Gerardo Garcia. Mr. Garcia is a resident of Harris County. He was injured in a Jones Act lawsuit and hired The Buzbee Law Firm to represent him. His case was settled in 2020. He was happy with the resolution of his case, and had no complaints with the Buzbee Law Firm. Nearly five years later after his case had resolved, not seeking to hire lawyer or file a lawsuit, Mr. Garcia was contacted out of the blue by two "investigators." This contact was an illegal solicitation and was made on behalf of and as part of a conspiracy involving Defendants Croft, Roc Nation, and Quinn Emanuel. One of these investigators identified herself as Jessica Santiago.

These two investigators approached Mr. Garcia at his home and flashed a badge. They told Plaintiff Garcia several times that they were from the "State." They asked Mr. Garcia if he was unhappy with his settlement from 2020 and whether they could see his settlement documents. They were pushy. They followed this up by explaining to him that they were with the State but could connect him with a private lawyer so he could sue the Buzbee Law Firm. They told Garcia several times that there was "money in this for you." These investigators' requests became increasingly aggressive and hostile. At some point, Defendants' agents demanded Mr. Garcia

produce his medical records, and offered him money to hire the private lawyer to sue the Buzbee Law Firm. Mr. Garcia decided to call the Buzbee Law Firm and report the conduct.

Despite her best efforts in disguising the identities of those she was working for, investigator Jessica Santiago was caught on tape disclosing to Mr. Garcia that she was working for an attorney named Marcy Croft at the law firm MJ Legal, P.A. Defendant Marcy Croft is an attorney in Jackson, Mississippi. Defendant MJ Legal is the law firm Ms. Croft purportedly owns. Ms. Croft advertises herself as a member of "Team Roc." Moreover, Ms. Croft advertises that she has become "actively involved with criminal justice reform and prison reform alongside RocNation's philanthropic arm, Team Roc." She further advertises herself as being involved in "numerous litigation actions pending on behalf of Team Roc, families, and hundreds of incarcerated men." Marcy Croft has worked with Roc Nation for years, alongside Quinn Emanuel's Alex Spiro. Spiro and Quinn Emanuel are currently opposing the Buzbee Law Firm in at least two cases.

## V.
## CAUSES OF ACTION

### A. BARRATRY/SOLICITATION: TEXAS PENAL CODE SEC. 38.12 – ALL DEFENDANTS

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendant Roc Nation, LLC in conspiracy with Quinn Emanuel orchestrated and instructed Defendants Croft and MJ Legal to send agents (private investigators) in Texas to the homes of the Firm's ex-clients who were also in Texas. One of those ex-clients was Plaintiff Gerardo Garcia. Once there, these agents/investigators solicited employment for Defendant Croft and Defendant MJ Legal. Each of these Defendants offered money to Plaintiff to hire Defendant Croft and sue the Firm. To add insult to injury, these investigators sent by Defendants acted as if they were

government officials or police officers, even going so far as to brandish a badge and tell Mr. Garcia they were from the "state."

Defendant Roc Nation is knowingly financing the commission of these criminal offenses, and is therefore guilty of same. Quinn Emanuel is assisting in the conspiracy, and has publicly lied about its involvement, and has also had its lawyers lie directly to a state court judge in Texas about its involvement.

## B.  CIVIL CONSPIRACY – ALL DEFENDANTS

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants make up more than two persons who sought to accomplish a goal of committing barratry and soliciting clients to sue the Firm. All Defendants had a meeting of the minds on this organized criminal conduct, and then took many unlawful acts to accomplish this criminal conduct. As a result, Plaintiff suffered damages in an amount to be proven at trial.

Because Defendants' conduct was committed with actual malice, Plaintiff seeks exemplary damages against Defendants.

## C.  PUNITIVE DAMAGES

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants' conduct was committed with actual malice, and, as such, Plaintiff seeks exemplary damages against Defendants.

Moreover, because this involves the violation of a criminal statute, no damage caps are applicable to Plaintiff's damages.

As a proximate result of Defendants' conduct, Plaintiff has suffered damages in an amount to be proven at trial.

## VI.
## DAMAGES

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff suffered injury.  Plaintiff seeks the following damages pursuant to Texas law:

A.  Compensatory damages in an amount to be proven at trial;

B.  Consequential and special damages in an amount to be proven at trial;

C.  Exemplary damages;

D.  Interest on damages (pre- and post-judgment) in accordance with law;

E.  Costs of court;

F.  Attorneys' fees; and

G.  Such other and further relief to which Plaintiff is entitled.

## VII.
## DEMAND FOR JURY

Plaintiff respectfully demands a jury trial on those issues where appropriate.

## VII.
## CONCLUSION AND PRAYER

Upon trial of this matter, Plaintiff respectfully prays for judgment as follows:

a.    That the Defendants be restrained as set forth herein;

b.    The Court enter judgment in favor of Plaintiff for damages permitted by law;

c.    Such other relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

# THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
David C. Fortney
State Bar No. 24068740
dfortney@txattorneys.com
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

1/3/2025 6:59 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 95854585
By: Chandra Lawson
Filed: 1/3/2025 6:59 PM

**CAUSE NO. _____**

| | | |
|---|---|---|
| JOSE MALDONADO, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARCY BRYAN CROFT, ROC NATION, | § | |
| LLC, MJ LEGAL, P.A., JESSICA SANTIAGO, | § | |
| QUINN EMANUEL URQUHART & | § | |
| SULLIVAN, LLP, | § | |
| | § | |
| *Defendants.* | § | _____ DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION FOR BARRATRY
## AND CONSPIRACY TO COMMITT BARRATRY

Plaintiff files this Original Petition against Defendants Marcy Bryan Croft, MJ Legal, P.A., Investigator Jessica Santiago, Roc Nation, LLC, and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), seeking damages, and respectfully shows this Honorable Court the following:

Defendants have conspired to obstruct justice by engaging shadowy operatives to illegally seek out more than two dozen[1] current and former clients of The Buzbee Law Firm to convince those clients to bring frivolous cases against The Buzbee Law Firm. Defendant Roc Nation is financing the effort. Attorneys, Marcy Croft and Quinn Emanuel, are orchestrating the effort. In some cases, Defendants' agents pretend to work for the State of Texas and have flashed fake badges.[2] Soliciting clients is a crime in the State of Texas. Paying individuals to file false claims is unethical and criminal in the State of Texas. Impersonating a state official is also a crime in Texas. In at least one case, Defendants' agents offered as much as $10,000 to a former client of

---

[1] Exhibit 1. Transcript between Jessica Santiago and ex-client Gerardo Garcia. "Exactly, we have like 70 people that are in this class action, and there will be more. You are on the list but we have other people too. Today I'm visiting with you, and with 3 more people who will sign up to be in the lawsuit. And it will increase daily. We have more pages with people. I don't know how many but there are many. And if there are more people in the class action, that is better for you, because that means you will collect something."

[2] Exhibit 1. Transcript between Jessica Santiago and Gerardo Garcia. "We are from the state."

the Buzbee Law Firm to sue the firm.[3]  Unfortunately for the Defendants, their agents are not very smart, or careful. Their agents were caught on audiotape, red handed. Not knowing they were being recorded, Defendant's agents admitted that Defendant Marcy Croft,[4] a licensed Texas lawyer and member of "Team Roc," was orchestrating the effort, and in another recording those agents described the criminal conspiracy in great detail, going so far to admit that the lawsuits would be reported in the press, and that some former clients had already accepted money to join the effort.[5]

Roc Nation and Jay Z are synonymous. Jay Z is founder and Chairman of Roc Nation. At the same time the illegal conduct described herein continues, The Buzbee Law Firm is pursuing claims on behalf of at least one client against Jay Z in New York Federal Court. And, as a result of that client's claims, Jay Z sued the Buzbee Law Firm in Los Angeles state court. Defendant Quinn Emanuel, who represents Jay Z in both cases, and who also frequently represents Roc Nation, denied in open court and in the press involvement in the scheme described herein.[6] **That denial was a bold-faced LIE.** Again, due to their own sloppiness, one of Quinn Emmanuel's own partners admitted as much in a public filing. The illegal effort described here, which Roc Nation is funding, and Defendant Croft and Defendant Quinn Emanuel are orchestrating, is intended to

---

[3] Exhibit 2. Affidavit of Skylar Taylor; Exhibit 3. Affidavit of Shannon Champagne. The Defendants were aggressive. "These men offered me money to sign on as a client with them. Specifically. they offered me $10,000 in exchange for signing with them as a client.". Affidavit of Shannon Champagne. Defendants' scheme has been successful in two instances thus far. Two cases have been filed to date—both utterly frivolous and patently false. Both will undoubtedly needlessly subject the former Buzbee Law Firm clients to fees and expenses, and will result in bar action against the law firms who accepted referrals of the cases from Defendant Marcy Croft. Croft, of course, will also be subject to bar complaints. Her conduct is despicable and criminal, despite being mandated by her client and self-described benefactor Roc Nation.

[4] Defendant Roc Nation routinely employs the law firm of Quinn Emanuel. Quinn Emanuel is also the law firm representing Jay-Z in the case he filed against the Buzbee Law Firm in Los Angeles, as well as a case where Jay Z was sued by a client of the Buzbee Law Firm in New York. Defendant Marcy Croft has a long association with Quinn Emanuel and Roc Nation.

[5] At least two cases have been filed so far as a result of this effort. The allegations in each are tailored to embarrass The Buzbee Law Firm, including absolute false and salacious allegations that have nothing to do with the underlying patently false legal claims. Each of these cases were orchestrated by the Defendants herein.

interfere with The Buzbee Law Firm's ability to represent its clients, and offer pertinent evidence to authorities.

Defendants' scheme is summarized in the following recording transcript:

*What we're trying to do is, we are trying put this thing together for the company that we're working for--*

*We could get you paid, . . . you could get money right soon, you know?*

*We gave this kid 1,000 bucks to start yesterday just to get him on the right path.*

*At the end of the day, this is going to go through the courts, Buzbee is getting sued . . ." Exhibit 4 . Page. 6.*

As part of their scheme, Defendants attempted to use the Plaintiff herein as a pawn. On behalf of Defendant Marcy Croft, two individuals attempted to call Plaintiff many times.  They then went to what they believed was Plaintiff's home.  They actually went to his father's home. They identified themselves as federal officers. When they realized they had the wrong house, they continued to contact Plaintiff.  They were pushy. They then told him he had to talk to them, because they were with the State. They told him that they were putting together a lawsuit on behalf of Defendant Marcy Croft and the company she was working for, and that she would assign his case to someone who could get him a lot of money. Rather than go along with their illegal efforts, the Plaintiff contacted his lawyers at the Buzbee Law Firm. He now files suit for barratry, both a crime and a civil action it the State of Texas. This is just one of multiple cases to be filed by Plaintiffs who have been illegally solicited by investigators working as part of a cabal headquartered in New York City.

Defendants have a long history of the type of abusive and egregious conduct described herein. Because they have gotten away with it for so long, Defendants think they can come down

to Texas and do whatever they choose with impunity. They are wrong. Their behavior will have consequences, both civilly and criminally.

## I.
## PARTIES

Plaintiff is a resident of Texas and Harris County.

Defendant Marcy Bryan Croft is a Texas licensed attorney, and a self-admitted member of "Team Roc."   She can be served through the Texas Secretary of State at her office at 1501 Jacksonian Plaza 12159, Jackson, MS 39211. Marcy's connection with Defendants Roc Nation and Quinn Emanuel is plainly demonstrated below:



4:24
◂ Safari                                    ...ıl LTE

< MARCYBCROFT          Follow
        Posts

#RocNation @teamroc @yoyow #catoo
January 28, 2020

marcybcroft                    Follow    ...
Parchman, Mississippi

Maron Marvel Bradley Anderson & Ta...
634 followers
7m · ⊙

Maron Marvel Bradley Anderson & Tardy LLC
has been retained by Alex Spiro, Jay-Z, and
RocNation in the lawsuit filed on behalf of
mistreated inmates over inhumane conditions at
Parchman Prison.  Maron Marvel shareholder,
Marcy Croft will serve as lead Mississippi
Counsel.

https://lnkd.in/gu_Pg6M

♡ 30  ⊙ 3  ◁                        ⊡

marcybcroft It's an honor and a privilege
to work on such a worthy cause. The
situation at Parchman is an on... more
January 26, 2020

Unofficial Copy Office of Marilyn Burgess District Clerk



4:24
◄ Safari

.il LTE 📶

MARCYBCROFT
‹     **Posts**     Follow

marcybcroft          **Follow**   ...

teamroc 🌐

## THE OFFICIAL AND ONLY LAW FIRMS IN MISSISSIPPI AUTHORIZED BY TEAM ROC TO HANDLE MATTERS OF MISSISSIPPI PRISON REFORM ARE

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

**REEDSMITH LLP**

**HELP@MSPRISONREFORMNOW.COM**

## TEAM ROC

♡ 24  ○  ▽                              ▯

marcybcroft Thanks, @teamroc ! We appreciate everything you are doing to help Mississippi and hold #MDOC... more
January 29, 2020

marcybcroft          **Follow**   ...

⌂        🔍        ⊕        ▭        ⬤

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant MJ Legal, P.A., is a business corporation and law firm performing legal services in Texas. This Defendant can be served through the Texas Secretary of State at her office via personal service to March Bryan Croft at 1501 Jacksonian Plaza 12159, Jackson, MS 39211.

Defendant Roc Nation, LLC is a limited liability company organized in Delaware and headquartered in New York. This Defendant can be served through the Texas Secretary of State via registered agent at C/O Corporate Creations Network, Inc., 600 Mamaroneck Avenue #400, Harrison, New York 10528.

Defendant Quinn Emanuel Urquhart & Sullivan, LLP is a limited liability partnership which may be served at its Houston office located at 700 Louisiana Street, Suite 3900, Houston, Texas 77002. Quinn Emanuel frequently represents Roc Nation and currently represents Jay-Z in a lawsuit against the Buzbee Law Firm.

Defendant Jessica Santiago is a resident of Harris County, Texas, and can be served via personal service at her home address in Harris County, or wherever she may be found.

## II.
## VENUE AND JURISDICTION

Venue is proper in Harris County, Texas pursuant to Section 15.002(a)(1) of the Texas Civil Practices and Remedies Code because all or a substantial part of the events or omissions giving rise to the claims occurred in Harris County, Texas.

The Court has subject matter jurisdiction because the amount in controversy is within the jurisdictional limits of this Court. Moreover, all of the incidents in question occurred in Harris County.

**III.**
**DISCOVERY CONTROL PLAN**

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169, because Plaintiff requests injunctive relief and Plaintiff seeks monetary relief over $100,000.

**IV.**
**FACTS**

On behalf of two clients, Tony Buzbee and the Buzbee Law Firm ("Firm") sent demand letters to Shawn "Jay Z" Carter's attorneys in New York. The letters made no monetary demand. They only sought a confidential sit down to discuss the clients' allegations. In response to the two letters, Defendant Quinn Emanuel filed suit against the Buzbee Law Firm on behalf of "John Doe." That suit alleged that the Firm was trying to extort "John Doe," who they later admitted was in fact Shawn "Jay Z" Carter." That lawsuit was, and is, frivolous, and will be dismissed.

Several weeks later, the Buzbee Law Firm, on behalf of one of the clients who sent a demand letter, filed a lawsuit against Mr. Carter. At or around that time, Defendants' conspiracy began. As part of that conspiracy, current and former clients of The Buzbee Law Firm began receiving solicitations from investigators aggressively encouraging current and former clients to sue the Firm. The investigators used burner phones. Many times the investigators used fake names, or flashed badges or credentials but would not let the clients actually see them. During some of the contacts, the investigators were pushy, and in at least two, they pretended to be acting on behalf of the State of Texas. One claimed to be a "federal agent." Several of these calls or contacts were caught on either camera or tape. In each instance, the investigators were careful not to disclose on whose behalf they were working. For good reason. The Defendants in this case did not want to disclose their participation in the flagrant violation of Texas law. Indeed, these Defendants openly

and brazenly violated Texas' criminal laws dozens of times.  (Defendant Quinn Emmanuel, of course, has now copped to the scheme.)

One such target of Defendant's solicitation was Plaintiff Jose Maldonado.  Mr. Maldonado is a resident of Harris County.  He was the Plaintiff in a Jones Act Lawsuit filed on his behalf in 2020 by The Buzbee Law Firm. His case was tried, but ended in a mistrial due to juror misconduct. His case then settled in May of 2023. He was happy with his settlement, and has no complaints with the Buzbee Law Firm.  Throughout the week of December 16, 2024, Mr. Maldonado was contacted multiple times out of the blue by two "investigators."  In several phone calls, and even unannounced visits to the home of Mr. Maldonado's father, these "investigators" attempted to illegally sway Mr. Maldonado.  They identified themselves as federal agents. This contact was an illegal solicitation and was made on behalf of and as part of a conspiracy involving Defendants Croft, Roc Nation, and Quinn Emanuel. One of these investigators identified herself as Jessica Santiago.  The other identified himself as Gregory Thomas.

After showing up to Mr. Maldonado's father's home, they started calling Mr. Maldonado directly.  They asked Mr. Maldonado if he was unhappy with his representation from the Buzbee Law Firm and whether they could see his settlement documents.  They were pushy. They followed this up by explaining to him that they were with the State/Feds but could connect him with a private lawyer so he could sue the Buzbee Law Firm.  They told Maldonado several times that there was "money in this for you."

These investigators admitted that they were working for an attorney named Marcy Croft at the law firm MJ Legal, P.A.  Defendant Marcy Croft is an attorney in Jackson, Mississippi. Defendant MJ Legal is the law firm Ms. Croft purportedly owns.  Ms. Croft advertises herself as a member of "Team Roc."  Moreover, Ms. Croft advertises that she has become "actively involved

Unofficial Copy Office of Marilyn Burgess District Clerk

with criminal justice reform and prison reform alongside Roc Nation's philanthropic arm, Team Roc." She further advertises herself as being involved in "numerous litigation actions pending on behalf of Team Roc, families, and hundreds of incarcerated men." Marcy Croft has worked with Roc Nation for years, alongside Quinn Emanuel's Alex Spiro. Spiro and Quinn Emanuel are currently opposing the Buzbee Law Firm in at least two cases.

## V.
## CAUSES OF ACTION

### A.  BARRATRY/SOLICITATION: TEXAS PENAL CODE SEC. 38.12 – ALL DEFENDANTS

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendant Roc Nation, LLC in conspiracy with Quinn Emanuel orchestrated and instructed Defendants Croft and MJ Legal to send agents (private investigators) in Texas to the homes of the Firm's clients and ex-clients who were also in Texas.  One of those clients was Plaintiff Jose Maldonado.  Once there, these agents/investigators solicited employment for Defendant Croft and Defendant MJ Legal.  Each of these Defendants offered money to Plaintiff to hire Defendant Croft and sue the Firm.  To add insult to injury, these investigators sent by Defendants acted as if they were government officials or police officers, even going so far as to brandish a badge and tell Mr. Maldonado they were federal agents.

Defendant Roc Nation is knowingly financing the commission of these criminal offenses, and is therefore guilty of same. Quinn Emanuel is assisting in the conspiracy, and has publicly lied about its involvement, and has also had its lawyers lie directly to a state court judge in Texas about its involvement.

### B.  CIVIL CONSPIRACY – ALL DEFENDANTS

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants make up more than two persons who sought to accomplish a goal of committing barratry and soliciting clients to sue the Firm. All Defendants had a meeting of the minds on this organized criminal conduct, and then took many unlawful acts to accomplish this criminal conduct. As a result, Plaintiff suffered damages in an amount to be proven at trial.

Because Defendants' conduct was committed with actual malice, Plaintiff seeks exemplary damages against Defendants.

## C. PUNITIVE DAMAGES

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants' conduct was committed with actual malice, and, as such, Plaintiff seeks exemplary damages against Defendants.

Moreover, because this involves the violation of a criminal statute, no damage caps are applicable to Plaintiff's damages.

As a proximate result of Defendants' conduct, Plaintiff has suffered damages in an amount to be proven at trial.

## VI.
## DAMAGES

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff suffered injury. Plaintiff seeks the following damages pursuant to Texas law:

A.  Compensatory damages in an amount to be proven at trial;

B.  Consequential and special damages in an amount to be proven at trial;

C.  Exemplary damages;

D.  Interest on damages (pre- and post-judgment) in accordance with law;

E.  Costs of court;

F.  Attorneys' fees; and

G.  Such other and further relief to which Plaintiff is entitled.

## VII.
## DEMAND FOR JURY

Plaintiff respectfully demands a jury trial on those issues where appropriate.

## VIII.
## CONCLUSION AND PRAYER

Upon trial of this matter, Plaintiff respectfully prays for judgment as follows:

a.  The Court enter judgment in favor of Plaintiff for compensatory and punitive damages as permitted by law;

b.  Such other relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

### THE BUZBEE LAW FIRM

By: /s/ Anthony G. Buzbee
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
David C. Fortney
State Bar No. 24068740
dfortney@txattorneys.com
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

Unofficial Copy Office of Marilyn Burgess District Clerk

**CAUSE NO. 2024-84902**

| | | |
|---|---|---|
| THE BUZBEE LAW FIRM, | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| QUINN EMANUEL URQUHART & | § | HARRIS COUNTY, TEXAS |
| SULLIVAN, LLP, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | 11th DISTRICT COURT |

## <u>PLAINTIFF'S FIRST AMENDED PETITION</u>

Plaintiff The Buzbee Law Firm (the "Firm") files this First Amended Petition against

Defendants Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), Christina Siess, Lex

Intelligence LLC ("Lex Intelligence"), Marcy Bryan Croft, MJ Legal, P.A. ("MJ Legal"), Roc

Nation, LLC ("Roc Nation"), and Jessica Santiago (collectively, "Defendants"), seeking damages,

and respectfully shows this Honorable Court the following:

## <u>INTRODUCTION</u>

This case arises out of outrageous litigation gamesmanship by the Defendants.

Specifically, Defendants have conspired to obstruct justice and tortiously interfere with the Firm's

business by engaging shadowy operatives to illegally seek out more than two dozen[1] current and

former clients of the Firm to convince or bribe those clients to bring frivolous cases against the

Firm.  In some cases, Defendants' agents pretend to work for the State of Texas and have flashed

---

[1] Exhibit A. Transcript between Jessica Santiago and Gerardo Garcia. "Exactly, we have like 70 people that are in this class action, and there will be more. You are on the list but we have other people too. Today I'm visiting with you, and with 3 more people who will sign up to be in the lawsuit. And it will increase daily. We have more pages with people. I don't know how many but there are many. And if there are more people in the class action, that is better for you, because that means you will collect something."

fake badges.[2]  In at least one case, Defendants' agents offered as much as $10,000 to a former client of the Buzbee Law Firm to sue the firm.[3]  Beyond these criminal actions, Defendants also have engaged in a campaign of misinformation by spreading defamatory rumors about the Firm to the Firm's former and current clients, again to harm the Firm's reputation and its business relationships.

Soliciting clients is a crime in the State of Texas.  Paying individuals to file false claims is unethical and criminal in the State of Texas. Impersonating a state official is also a crime. Unfortunately for the Defendants, their agents are not very smart, or careful. Their agents were caught on audiotape, red handed. Not knowing they were being recorded, Defendant's agents admitted that Defendant Marcy Croft, a licensed Texas lawyer and member of "Team Roc," was orchestrating the effort.  In other instances, phone numbers used by the investigators were traceable back to Defendant Lex Intelligence.  What is now unmistakably clear is that multiple Defendants acted in concert to pursue an all-out campaign to disrupt and undermine the Firm.

This illegal and tortious campaign against the Firm is in direct response to (and retaliation for) the Firm's pursuit of claims against Shawn "Jay-Z" Carter, whose interests all Defendants ultimately represent.  Defendant Roc Nation is financing the effort against the Firm.  Roc Nation and Jay-Z are synonymous – Jay-Z is founder and Chairman of Roc Nation.  Roc Nation's

---

[2] Exhibit A. Transcript between Jessica Santiago and Gerardo Garcia. "We are from the state."

[3] Exhibit B. Affidavit of Skylar Taylor; Exhibit C. Affidavit of Shannon Champagne. The Defendants were aggressive. "These men offered me money to sign on as a client with them. Specifically. they offered me $10,000 in exchange for signing with them as a client.". Affidavit of Shannon Champagne. Defendants' scheme has been successful in two instances thus far. Two cases have been filed to date—both utterly frivolous and patently false. Both will undoubtedly needlessly subject the former Buzbee Law Firm clients to fees and expenses, and will result in bar action against the law firms who accepted referrals of the cases from Defendant Marcy Croft. Croft, of course, will also be subject to bar complaints. Her conduct is despicable and criminal, despite being mandated by her client and self-described benefactor Roc Nation.

attorneys, Marcy Croft and Quinn Emanuel, are orchestrating the effort. And the boots-on-the-ground investigators are working at the direction of one or more of these Defendants.

At the same time the illegal conduct described herein continues, the Firm is pursuing claims on behalf of at least one client against Jay-Z in New York federal court. As a result of that client's claims, Jay-Z sued the Buzbee Law Firm in Los Angeles state court. Defendant Quinn Emanuel, who represents Jay-Z in both cases (and who also frequently represents Roc Nation) denied in open court and in the press that it had any involvement in the scheme described herein.[4] But that denial was a bold-faced LIE.[5]

The illegal effort described here, which Roc Nation is funding, and which Defendants Croft and Quinn Emanuel are orchestrating, is intended to interfere with The Buzbee Law Firm's ability to represent its clients and conduct its business in general. Defendants' scheme is summarized in the following recording transcript:

> ***What we're trying to do is, we are trying put this thing together for the company that we're working for -- We could get you paid, . . . you could get money right soon, you know? We gave this kid 1,000 bucks to start yesterday just to get him on the right path. At the end of the day, this is going to go through the courts, Buzbee is getting sued . . ."***

*See* Exhibit 4, page. 6. Offering payments to bring meritless lawsuits – because the Defendants believe that with enough pressure, the Firm will simply cave. Defendants have a long history of the type of abusive and egregious conduct described herein. Because they have gotten away with it for so long, Defendants think they can come down to Texas and do whatever they choose with impunity. They are wrong.

---

[4] *See* Exhibit M, Affidavit of David Fortney.

[5] Mere days after Quinn Emanuel denied involvement in the "investigation," Quinn Emanuel partner Alex Spiro admitted Quinn Emanuel's involvement openly. In a brief filed with the New York court, Spiro stated "**Plaintiff's counsel tried to prevent Quinn Emanuel from investigating Mr. Carter's claims of extortion** by trying to enjoin the firm from contacting anyone related to the Buzbee law firm." *See* Shawn Carter's Motion to Deny Plaintiff's Request to Proceed Anonymously, filed in Case No. 24-cv-07975-AT (S.D.N.Y.), [Dkt. #38], at p. 17, fn. 1.

# I.
# PARTIES

Plaintiff is a law firm and resident of Texas and Harris County.

Defendant Quinn Emanuel Urquhart & Sullivan, LLP is a limited liability partnership which may be served at its Houston office located at 700 Louisiana Street, Suite 3900, Houston, Texas 77002.  Quinn Emanuel frequently represents Roc Nation and currently represents Jay-Z in a lawsuit against the Buzbee Law Firm.

Defendant Lex Intelligence LLC is a New York limited liability company, which can be served via personal service on the Secretary of State for New York State.

Defendant Christina Siess is a resident of New York and the founder of Lex Intelligence. She can be served via personal service on the Secretary of State for the New York State.

Defendant Marcy Bryan Croft is a Texas licensed attorney, and a self-admitted member of "Team Roc."  She can be served through the Texas Secretary of State at her office at 1501 Jacksonian Plaza 12159, Jackson, MS 39211.

Defendant MJ Legal, P.A., is a business corporation and law firm performing legal services in Texas.  This Defendant can be served through the Texas Secretary of State at her office via personal service to Marcy Bryan Croft at 1501 Jacksonian Plaza 12159, Jackson, MS 39211.

Defendant Roc Nation, LLC is a limited liability company organized in Delaware and headquartered in New York.  This Defendant can be served through the Texas Secretary of State via registered agent at C/O Corporate Creations Network, Inc., 600 Mamaroneck Avenue #400, Harrison, New York 10528.

Defendant Jessica Santiago is an individual and can be served via personal service at her home address or wherever she may be found.

## II.
## VENUE AND JURISDICTION

Venue is proper in Harris County, Texas pursuant to Section 15.002(a)(1) of the Texas Civil Practices and Remedies Code because all or a substantial part of the events or omissions giving rise to the claims occurred in Harris County, Texas.

The Court has subject matter jurisdiction because the amount in controversy is within the jurisdictional limits of this Court. Plaintiff seeks damages in excess of $25,000,000.00.

## III.
## DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169, because Plaintiff requests injunctive relief and Plaintiff seeks monetary relief over $100,000.

## IV.
## EVIDENCE

This filing is supporting by the following evidence, which is attached and incorporated herein:

A.  Transcript of Defendant Jessica Santiago and Gerardo Garcia.

B.  Transcript of Defendants' agent and Skylar Taylor.

C.  Affidavit of Skylar Taylor.

D.  Affidavit of Shannon Champagne.

E.  Affidavit of Deseree McIntosh.

F.  Affidavit of Tori Conklin.

G.  Affidavit of Angelique Townsend.

H.  Affidavit of Laura Delacruz.

I.   Declaration of Fernando Garza.

J.   Affidavit of Anna Faubus.

K.  Affidavit of Liz Buzbee.

L.   Affidavit of Mauricio Guevara.

M. Affidavit of David Fortney.

## V.
## FACTS

### The Firm's Representation of Clients Against Diddy and Jay-Z

Attorney Tony Buzbee, the Firm's principal, announced on October 1, 2024 that the Firm represented over one hundred victims of sexual assault perpetrated by Sean "Diddy" Combs. Combs is a rapper and businessman who is currently in federal prison, awaiting trial on sex-trafficking and other charges. Combs, along with others, is alleged to have used his fame, money and power to systematically abuse men, women and children sexually over decades, and then by bribes or threats ensure his victims' silence afterwards. His scheme worked for many years, but the dam has now broken as his victims pursue long-delayed justice. On October 14, 2024, the Firm filed the first round of complaints against Combs, and since that time the Firm has filed dozens more.

As Mr. Buzbee indicated at his initial press conference on the "Diddy" cases, the evidence indicates that while Combs was at the epicenter of a large web of abuse and violence, he did not always act alone as a perpetrator. Other celebrities – rich, famous, and powerful themselves – have been identified by victims as participants in Combs' depraved and illegal activities. On behalf of two clients, Mr. Buzbee and the Firm sent demand letters to attorneys for one such celebrity, Shawn "Jay Z" Carter. The letters made no monetary demand. They only sought a confidential sit down to discuss the clients' allegations.

**Defendants' Retaliatory Response**

Mere days after the demands were sent, two lawsuits were filed simultaneously against Mr. Buzbee and the Firm. One lawsuit filed in New York alleged a purported malpractice claim brought by an alleged former client. Another, filed in Los Angeles by Defendant Quinn Emanuel, alleged that the Firm was trying to extort Jay-Z (who had been identified in pleadings as "John Doe" or "Celebrity A"). These lawsuits were, and are, frivolous, and will be dismissed. However, the timing of the lawsuits clearly indicated that they were coordinated by persons acting on behalf of Jay-Z. Moreover, it is equally clear that the lawsuits are intended to intimidate and silence Mr. Buzbee and the Firm as the Firm pursues justice for its clients.

Shortly after the two bogus lawsuits were filed against Mr. Buzbee and the Firm, persons representing themselves as "researchers," "investigators" and in some cases as "attorneys," began contacting a wide array of people associated with the Firm. Sometimes these persons identified themselves as working for defendant Lex Intelligence, or as having been hired by defendant Quinn Emanuel, or the phone numbers used for the contact were associated with Lex Intelligence. In other cases, the investigators stated that they were affiliated with defendant Marcy Croft and MJ Legal. On information and belief, all of these "researchers," "investigators," "attorneys" and other persons were working on behalf of and at the behest of at least one if not all Defendants.

The investigators and attorneys contacted all of the following categories of people: *former employees* of the Firm, *former clients* of the Firm, *current clients* of the Firm, *witnesses* in cases handled by the Firm*, family members* of Mr. Buzbee and employees of the Firm, and other third parties associated with the Firm or Mr. Buzbee. In addition, one *current employee* of the Firm caught on video two different men with tripods taking pictures of and around his house. Particular

descriptions of some of these encounters are detailed in affidavits filed herewith as Exhibits E through L.

In some instances, the investigators' behavior amounts to "mere" harassment. For example, investigators contacted certain former clients or witnesses on Firm cases and aggressively sought salacious information about Mr. Buzbee or the identity of other Firm clients. In other instances, family members of clients were repeatedly contacted, and in some cases family members of Mr. Buzbee or other Firm employees were contacted by investigators seeking salacious or controversial information.

In other instances, the investigators' behavior turned explicitly tortious. For example, several investigators represented to former and current Firm clients that they were part of an ongoing investigation into the Firm, or investigating "fraud" potentially committed by the Firm, or otherwise were part of an investigation into "fraud in Texas" and they "had questions about" the Firm. These statements implied that the Firm and its attorneys had committed fraud, and also that the Firm was the subject of an actual (i.e., legitimate) investigation.

The most egregious conduct was both tortious and illegal: solicitation and barratry, committed for the purpose of filing false lawsuits against the Firm. As part of Defendants' conspiracy to undermine and injure the Firm, investigators began soliciting the Firm's current and former clients, asking those clients to sue the Firm. The investigators used burner phones. Many times the investigators used fake names, or flashed badges or credentials but would not let the clients see them. During some of the contacts the investigators were pushy, and in at least two instances they pretended to be acting on behalf of the State of Texas. In numerous cases, the investigators offered the Firm's clients money – payments of up to $10,000 – if they would agree to pursue claims against the Firm. Several of the investigators' calls or interactions were caught on either camera or tape. In most instances, the investigators were careful not to disclose on whose behalf they were working. For good

reason – the Defendants here did not want to disclose their participation in the flagrant violation of Texas law.  But in one case, the investigator was caught, as described below.

*Solicitation of Gerardo Garcia*

One such target of Defendants' solicitation was Gerardo Garcia.  Mr. Garcia was a plaintiff in Jones Act lawsuit and hired the Firm to represent him.  His case was settled in 2020.  He was happy with the resolution of his case, and had no complaints with the Firm.  Nearly five years later after his case had resolved, not seeking to hire a lawyer or file a lawsuit, Mr. Garcia was contacted out of the blue by two "investigators."  This contact was an illegal solicitation and was made on behalf of and as part of a conspiracy involving (at minimum) Defendants Croft, Roc Nation, and Quinn Emanuel. One of these investigators identified herself as Jessica Santiago.

These two investigators approached Mr. Garcia at his home and flashed a badge.  They told Plaintiff Garcia several times that they were from the "State."  They asked Mr. Garcia if he was unhappy with his settlement from 2020 and whether they could see his settlement documents. They were pushy. They followed this up by explaining to him that they were with the State but could connect him with a private lawyer so he could sue the Firm.  They told Garcia several times that there was "money in this for you." These investigators' requests became increasingly aggressive and hostile. At some point, Defendants' agents demanded Mr. Garcia produce his medical records, and offered him money to hire a private lawyer to sue the Firm. Mr. Garcia ultimately decided to call the Firm and report the investigators' conduct.

Despite her best efforts in disguising the identities of those she was working for, investigator Jessica Santiago was caught on tape disclosing to Mr. Garcia that she was working for Defendant Marcy Croft at the law firm MJ Legal, P.A.

**Defendants Are Working Together in Service of One Ultimate Client: Jay-Z**

There is little question that all of the Defendants here are working in concert with each other for the benefit of their ultimate client, Jay-Z.

The law firm of Quinn Emanuel has for some time been closely affiliated with Jay-Z. Quinn Emanuel also has a long history of outrageous, sanctionable conduct and reputation to match.[6]  The Quinn partner in charge of the firm's representation of Jay-Z, Alex Spiro, is also no stranger to controversy or questions about his ethics.  Among other things, Spiro has been accused of flashing a badge (from his stint as a government attorney) for clout or to obtain entry into restricted locations,[7] and of interviewing victims of Harvey Weinstein while being employed by Weinstein's defense attorney – without disclosing that to the women who trusted him with the details of their cases.[8]

Quinn's (and Spiro's) outrageous and unethical behavior continues in this case.  When the Firm first filed this action and sought a temporary restraining order against Quinn Emanuel, Quinn Emanuel (through its counsel) flatly denied having any connection to or knowledge of the investigators that had so quickly inundated the Firm's client and employee community.[9]  But that was a complete and utter lie.  Mere *days* later, Spiro admitted in a filing in the New York action that Quinn *was in fact* behind the "investigation:" "Allegations by Plaintiff's counsel that routine investigative activities related to pending legal claims in other fora are "harassing" should be

---

[6] This reputation is even well-known to law school students seeking a job after graduation.  *See, e.g.,* https://www.top-law-schools.com/forums/viewtopic.php?f=23&t=309287&start=25 ("Quinn has the reputation of being a shop full of assholes who engage in ethically questionable and unnecessarily aggressive practice.").  Quinn Emanuel proudly boasts that it is the "most feared" law firm in the United States.  *See* https://www.quinnemanuel.com/the-firm/news-events/award-another-year-still-most-feared/#rootNodeId=1054&pageNumber=1&byNewsType=1749

[7] https://nypost.com/2018/06/25/harvey-weinstein-linked-lawyer-tried-to-use-badge-to-impress-women/

[8] "3 Women Who Had Encounters With Harvey Weinstein Question Lawyer's Motives," available at https://www.nytimes.com/2018/06/01/business/brafman-weinstein.html

[9] *See* Ex. M, Affidavit of David Fortney.

disregarded.  **Plaintiff's counsel tried to prevent Quinn Emanuel from investigating Mr. Carter's claims of extortion by trying to enjoin the firm from contacting anyone related to the Buzbee law firm.**"[10]

Defendant Marcy Croft is an attorney in Jackson, Mississippi.  Defendant MJ Legal is the law firm Ms. Croft purportedly owns.  Ms. Croft advertises herself as a member of "Team Roc."  Moreover, Ms. Croft advertises that she has become "actively involved with criminal justice reform and prison reform alongside RocNation's philanthropic arm, Team Roc."  She further advertises herself as being involved in "numerous litigation actions pending on behalf of Team Roc, families, and hundreds of incarcerated men." Marcy Croft has worked with Roc Nation for years, alongside Quinn Emanuel's Alex Spiro.  Croft and her firm MJ Legal's close connections with Defendants Roc Nation and Quinn Emanuel are further demonstrated in these public posts:

---

[10] *See* Shawn Carter's Motion to Deny Plaintiff's Request to Proceed Anonymously, filed in Case No. 24-cv-07975-AT (S.D.N.Y.), [Dkt. #38], at p. 17, fn. 1.







Defendant Lex Intelligence was also identified as being involved in this scheme by virtue of the fact that several phone numbers used to contact various parties described herein were from numbers registered to Lex Intelligence. The investigators using those numbers were acting at the same time, in the same general manner, and for the same purpose as the other investigators in this case. All of these Defendants have been conspiring with each other for the common end of causing harm to the Firm.

The behavior described above goes well beyond purported "due diligence" into a litigation opponent. It is outrageous, despicable, harassing behavior that is clearly intended to besmirch the name and reputation of the Firm, start rumors regarding bogus "investigations" or business practices, to bother and harass persons associated with the Firm in order to apply pressure on Mr. Buzbee and the Firm, and to illegally drum up legal cases against the Firm for the same nefarious purposes. It is beyond the bounds of decency and the law and it needs to end.

**V.**
**CAUSES OF ACTION**

**A.  TORTIOUS INTERFERENCE WITH CONTRACT**

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

At all times relevant hereto, Plaintiff had contractual relationships with its current clients. Defendants were aware of Plaintiff's contractual relationships with its current clients.

By contacting Plaintiff's current clients and insinuating, among other things, that Plaintiff is the subject of ongoing fraud investigations, Defendants have sabotaged and are actively attempting to sabotage Plaintiff's contractual relationships, and to cause Plaintiff's clients to end their engagements with Plaintiff.

As a result of Defendants' conduct, Plaintiff has suffered damages in an amount to be proven at trial.

Because Defendants' conduct was committed with actual malice, Plaintiff seeks exemplary damages against Defendants.

## B. TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Plaintiff's former employees and former clients often serve as referral sources for business to Plaintiff.

By contacting Plaintiff's former employees and former clients and insinuating, among other things, that Plaintiff is the subject of ongoing fraud investigations or that Plaintiff is the subject of other salacious rumors, and/or by being harassing and burdensome to former clients or former employees, and/or by attempting to solicit former employees and clients to file lawsuits against the Firm, Defendants are damaging Plaintiff's reputation and dissuading Plaintiff's referral sources from referring new work to Plaintiff.

Defendants' conduct is independently tortious due to the fact that it is defamatory and slanderous, by implying that Plaintiff is the subject of a fraud investigation or that Plaintiff is the subject of ongoing controversy.

As a proximate result of Defendants' conduct, Plaintiff has suffered damages in an amount to be proven at trial.

Because Defendants' conduct was committed with actual malice, Plaintiff seeks exemplary damages against Defendants.

## C. SOLICITATION AND BARRATRY (TEXAS PENAL CODE § 38.12)

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants are attorneys or private investigators.

With the intent to obtain an economic benefit, Defendants solicited employment with

Plaintiff's former employees and/or former clients, specifically with regard to bringing lawsuits on those persons' behalf against Plaintiff.

Defendants' conduct was in violation of Texas Penal Code section 38.12.

As a proximate result of Defendants' conduct, Plaintiff suffered damages in an amount to be proven at trial.

### D.  CIVIL CONSPIRACY – ALL DEFENDANTS

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants make up more than two persons who sought to accomplish a goal of committing barratry and soliciting clients to sue the Firm and/or tortiously interfering with the Firm's contracts and business relationships.  All Defendants had a meeting of the minds on this organized criminal conduct, and then took many unlawful acts to accomplish this criminal conduct. As a result, Plaintiff suffered damages in an amount to be proven at trial.

Because Defendants' conduct was committed with actual malice, Plaintiff seeks exemplary damages against Defendants.

### E.  PUNITIVE DAMAGES

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

Defendants' conduct was committed with actual malice, and, as such, Plaintiff seeks exemplary damages against Defendants.

Moreover, because this involves the violation of a criminal statute, no damage caps are applicable to Plaintiff's damages.

As a proximate result of Defendants' conduct, Plaintiff has suffered damages in an amount to be proven at trial.

## VI.
## DAMAGES

Plaintiff incorporates the preceding paragraphs of this Petition as if set forth fully herein.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff suffered injury.

As a result of Defendants' acts, Plaintiff has suffered damage, including damage to its contractual relationships, reputational damage, and further damages more fully set forth below. Plaintiff seeks the following damages pursuant to Texas law:

A.  Compensatory damages in an amount to be proven at trial;

B.  Consequential and special damages in an amount to be proven at trial;

C.  Exemplary damages;

D.  Interest on damages (pre- and post-judgment) in accordance with law;

E.  Costs of court;

F.  Attorneys' fees;

G.  Such other and further relief to which Plaintiff is entitled.

## VIII.
## DEMAND FOR JURY

Plaintiff respectfully demands a jury trial on those issues where appropriate.

## IX.
## CONCLUSION AND PRAYER

Upon trial of this matter, Plaintiff respectfully prays for judgment as follows:

a.  The Court enter judgment in favor of Plaintiff for damages permitted by law;

b.    Such other relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

## THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
David C. Fortney
State Bar No. 24068740
dfortney@txattorneys.com
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been duly served on all known counsel of record pursuant to the Texas Rules of Civil Procedure on January 27, 2024.

*/s/ David C. Fortney*
David C. Fortney