# EXHIBIT C

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 12/18/2024 | | |
| **Case (Cause) Location** | | | |
| **Case (Cause) Status** | Ready Docket | | |
| **Case (Cause) Type** | OTHER CIVIL | | |
| **Next/Last Setting Date** | 12/7/2026 | | |
| **Jury Fee Paid Date** | 12/18/2024 | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 127th |
| **Address** | 201 CAROLINE (Floor: 10) HOUSTON, TX 77002 Phone:8329272525 |
| **JudgeName** | DENISE BROWN |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| GARICA, GERARDO | PLAINTIFF - CIVIL | | BUZBEE, ANTHONY GLENN |
| CROFT, MARCY BRYAN | DEFENDANT - CIVIL | | COSTA, GREGG JEFFREY |
| 1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211 | | | |
| MJ LEGAL P A | DEFENDANT - CIVIL | | COSTA, GREGG JEFFREY |
| 1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211 | | | |
| ROC NATION LLC | DEFENDANT - CIVIL | | HANCOCK, LAWRENCE BRADLEY |

600 MAMARONECK AVE #400, HARRISON, NY 10528

| QUINN EMANUEL URQUHART & SULLIVAN LLP | DEFENDANT - CIVIL | FORD, ROBERT HENRY |
|---|---|---|

700 LOUISIANA STREET SUITE 3900, HOUSTON, TX 77002

| SANTIAGO, JESSICA | DEFENDANT - CIVIL | |
|---|---|---|
| CROFT, MARCY BRYAN BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | REGISTERED AGENT | |

1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211

| ROC NATION LLC (A LIMITED LIABILITY COMPANY) BY SERVING THROUGH THE | REGISTERED AGENT | |
|---|---|---|

600 MAMARONECK AVENUE #400, HARRISON, NY 10528

| MJ LEGAL P A (A BUSINESS CORPORATION) CAN BE SERVED THROUGH THE | REGISTERED AGENT | |
|---|---|---|

1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/28/2026 | DESIGNATED TRIAL READY | | | 0 | | | |
| 9/24/2025 | CASE REMANDED FROM FEDERAL TO STATE COURT | | | 0 | | | |
| 1/28/2025 | REMOVED TO FEDERAL COURT | | | 0 | | | |
| 1/27/2025 | ANSWER ORIGINAL PETITION | | | 0 | | FORD, ROBERT HENRY | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 1/27/2025 | ANSWER ORIGINAL PETITION | | | 0 | | HANCOCK, LAWRENCE BRADLEY | ROC NATION LLC |
| 1/27/2025 | ANSWER | | | 0 | | COSTA, GREGG JEFFREY | MJ LEGAL P A |
| 1/27/2025 | ANSWER | | | 0 | | COSTA, GREGG JEFFREY | CROFT, MARCY BRYAN |
| 12/18/2024 | ORIGINAL PETITION | | | 0 | | BUZBEE, ANTHONY GLENN | GARICA, GERARDO |
| 12/18/2024 | JURY DEMAND MADE (TRCP 216) | | | 0 | | | |
| 12/18/2024 | JURY FEE PAID (TRCP 216) | | | 0 | | | |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 12/19/2025 09:30 AM | 127 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Re-Set | REQUEST TO RESET F12.01.25 | HANCOCK, LAWRENCE BRADLEY |
| 12/19/2025 09:30 AM | 127 | Law Day Docket | DISMISS (MOTION TO) | Re-Set | REQUEST ORAL HEARING | FORD, ROBERT HENRY |

01.09./PENDING

| Date/Time | | Docket | Motion | Status | Note | Judge |
|---|---|---|---|---|---|---|
| 12/19/2025 09:30 AM | 127 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Re-Set | | COSTA, GREGG JEFFREY |
| 1/09/2026 09:30 AM | 127 | Law Day Docket | DISMISS (MOTION TO) | Passed | RULE 11 AGREEMENT F11.26.2025 | FORD, ROBERT HENRY |
| 1/16/2026 09:30 AM | 127 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Re-Set | REQUESTED ORAL HEARING F12.16.25 | HANCOCK, LAWRENCE BRADLEY |
| 1/16/2026 09:30 AM | 127 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Passed | REQUEST TO PASSED/CALLED 12.16.25 | COSTA, GREGG JEFFREY |
| 1/16/2026 09:30 AM | 127 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Passed | PER CALL FROM DIANA MIRANDA | HANCOCK, LAWRENCE BRADLEY |
| 1/23/2026 09:30 AM | 127 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER CALL FROM DIANA MIRANDA | HANCOCK, LAWRENCE BRADLEY |
| 12/07/2026 12:00 AM | 127 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | CROFT, MARCY BRYAN BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | 12/18/2024 | 12/18/2024 | 1/8/2025 | | | 74418696 | E-MAIL |
| | | | 1501 JACKSONIAN PLAZA 12159 JACKSON MS 39211 | | | | | | | |
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | ROC NATION LLC (A LIMITED LIABILITY COMPANY) BY SERVING THROUGH THE | 12/18/2024 | 12/18/2024 | 1/8/2025 | | | 74418700 | E-MAIL |
| | | | 600 MAMARONECK AVENUE #400 HARRISON NY 10528 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | QUINN EMANUEL URQUHART & SULLIVAN LLP | 12/18/2024 | 12/18/2024 | | | | 74418718 | E-MAIL |
| | | | 700 LOUISIANA STREET SUITE 3900 HOUSTON TX 77002 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SANTIAGO, JESSICA | 12/18/2024 | | | | | 74418719 | E-MAIL |
| CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | | MJ LEGAL P A (A BUSINESS CORPORATION) CAN BE SERVED THROUGH THE | 1/9/2025 | 1/17/2025 | 1/17/2025 | | | 74428770 | E-MAIL |
| | | | 1501 JACKSONIAN PLAZA 12159 JACKSON MS 39211 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 124804532 | DOCKET CONTROL ORDER | | 01/28/2026 | 5 |
| 124597762 | Rule 11 Agreement regarding Hearings | | 01/14/2026 | 4 |
| 124467580 | Email (Request) | | 01/07/2026 | 2 |
| 124210029 | Notice of Cancellation of Hearing | | 12/17/2025 | 5 |
| 124174451 | 127 Requested Oral Hearing (In-Person) | | 12/16/2025 | 2 |
| 124183650 | Notice of Hearing on Defendant Roc Nation LLC's Motion to Dismiss under the Texas Citizens Participation Act (In Person) | | 12/16/2025 | 4 |
| 124134269 | Rule 11 Agreement | | 12/12/2025 | 4 |
| 124146715 | Plaintiff's Response to Defendants Marcy Bryan Croft's and MJ Legal PA's Special Appearance to Contest Personal Jurisdiction | | 12/12/2025 | 11 |
| ·> 124146716 | Declaration of David C Fortney | | 12/12/2025 | 2 |
| ·> 124146717 | Exhibit 1 - Croft Depo | | 12/12/2025 | 68 |
| ·> 124146718 | Exhibit 2 - Maldonado Aff | | 12/12/2025 | 3 |
| ·> 124146719 | Exhibit 3 - Transcript Garcia and Santiago | | 12/12/2025 | 9 |
| ·> 124146720 | Exhibit 4 - Voicemail Screenshot | | 12/12/2025 | 2 |
| ·> 124146721 | Exhibit 5 - Santiago text to Garcia | | 12/12/2025 | 2 |
| ·> 124146722 | Exhibit 6 - Garcia Aff | | 12/12/2025 | 3 |
| 123939484 | Amended Notice of Hearing on Defendant ROC Nation, LLC's Special Appearance | | 12/02/2025 | 4 |
| 123916213 | 127 Request to Reset Oral Hearing (In-Person) | | 12/01/2025 | 1 |
| 123900617 | Rule 11 Agreement | | 11/26/2025 | 4 |
| 123819616 | Rule 11 Agreement | | 11/21/2025 | 4 |
| 123760908 | 127 Requested Oral Hearing (In-Person) | | 11/18/2025 | 1 |
| 123765107 | Notice of Hearing | | 11/18/2025 | 4 |
| 123651995 | Notice of Hearing (In Person) | | 11/12/2025 | 4 |
| 123460212 | Notice of Hearing (In Person) | | 10/31/2025 | 4 |
| 123397819 | Notice of Hearing on Defendant Roc Nation LLC's Special Appearance (In Person) | | 10/28/2025 | 4 |
| 123354354 | 127 Requested Oral Hearing (In-Person) | | 10/27/2025 | 1 |
| 123375039 | Quinn Emanuel Urquhart & Sullivan LLP's Motion to Dismiss Pursuant to Texas Rule of Civil Procedure 91a | | 10/27/2025 | 24 |
| ·> 123375040 | Exhibit A | | 10/27/2025 | 274 |
| ·> 123375041 | Exhibit B | | 10/27/2025 | 4 |
| ·> 123375042 | Exhibit C | | 10/27/2025 | 2 |
| ·> 123375043 | Proposed Order Granting Quinn Emanuel Urquhart & Sullivan LLP's Motion to Dismiss Pursuant to Texas Rule of Civil Procedure 91a | | 10/27/2025 | 2 |
| 123375049 | Defendants Marcy Bryan Croft and MJ Legal PA's Rule 91a Motion to Dismiss | | 10/27/2025 | 15 |
| ·> restricted | Proposed Order Granting Defendants Marcy Bryan Croft and MJ Legal PA's Rule 91a Motion to Dismiss | | 10/27/2025 | 3 |
| 123375060 | Quinn Emanuel Urquhart & Sullivan's Motion to Dismiss under The Texas Citizens Participation Act | | 10/27/2025 | 47 |
| ·> 123375061 | Exhibit A | | 10/27/2025 | 274 |
| ·> 123375062 | Exhibit B | | 10/27/2025 | 4 |
| ·> 123375063 | Exhibit C | | 10/27/2025 | 27 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 123375064 | Exhibit D | | 10/27/2025 | 265 |
| ·> 123375065 | Exhibit E | | 10/27/2025 | 1 |
| ·> 123375066 | Exhibit F | | 10/27/2025 | 2 |
| ·> 123375067 | Exhibit G | | 10/27/2025 | 142 |
| ·> 123375068 | Exhibit H | | 10/27/2025 | 13 |
| ·> 123375069 | Proposed Order Granting Quinn Emanuel Urquhart & Sullivan LLP's Motion to Dismiss under The Texas Citizens Participation Act | | 10/27/2025 | 2 |
| 123375142 | Subject to its Special Appearance Defendant Roc Nation's LLC's Motion to Dismiss under The Texas Citizens Participation Act | | 10/27/2025 | 19 |
| 123375143 | Exhibit A | | 10/27/2025 | 19 |
| ·> 123375144 | Exhibit B | | 10/27/2025 | 275 |
| ·> 123375145 | Exhibit C | | 10/27/2025 | 3 |
| ·> 123375146 | Proposed Order Granting Defendant Roc Nation LLC's Motion to Dismiss under The Texas Citizens Participation Act | | 10/27/2025 | 3 |
| 123375165 | <mark>Defendants Marcy Bryan Croft and MJ Legal PA's Motion to Dismiss under The Texas Citizens Participation Act</mark> | | 10/27/2025 | 21 |
| ·> 123375166 | Exhibit A | | 10/27/2025 | 275 |
| ·> 123375167 | Exhibit B | | 10/27/2025 | 3 |
| ·> 123375168 | Exhibit C | | 10/27/2025 | 3 |
| ·> 123375169 | Exhibit D | | 10/27/2025 | 2 |
| ·> 123375170 | Exhibit E | | 10/27/2025 | 3 |
| ·> 123375171 | Exhibit F | | 10/27/2025 | 4 |
| ·> restricted | Proposed Order Granting Defendants Marcy Bryan Croft and MJ Legal PA's Motion to Dismiss under The Texas Citizens Participation Act | | 10/27/2025 | 3 |
| 123333057 | Request for Hearing | | 10/24/2025 | 4 |
| 122870401 | 2025/09/17 Signed Memorandum Opinion and Order | | 09/24/2025 | 15 |
| ·> 122870403 | Fedex receipt | | 09/24/2025 | 1 |
| 118654772 | Defendants Marcy Bryan Croft & MJ Legal PA's Notice of Filing of Notice of Removal (4:25-cv-00353) | | 01/28/2025 | 118 |
| 118612431 | Quinn Emanuels Urquhart & Sullivan LLP's Original Answer and Affirmative Defenses to Plaintiff Gerardo Garcia's Original Petition | | 01/27/2025 | 7 |
| 118620309 | Defendant Roc Nation, LLC's Special Appearance, and Subject Thereto, Original Answer and General. | | 01/27/2025 | 10 |
| ·> 118620310 | Exhibit A | | 01/27/2025 | 3 |
| 118631068 | Defendant Marcy Bryan Croft & MJ Legal PA's Verified Special Appearance to Contest Personal Jurisdiction and Subject to Special Appearance Answer Special Exceptions & Affirmative Defenses | | 01/27/2025 | 15 |
| ·> 118631069 | Marcy Bryan Croft's Declaration in Support of Defendant | | 01/27/2025 | 2 |
| 118545592 | Citation | | 01/21/2025 | 3 |
| 118497464 | Civil Process Request - MJ Legal, P.A. | | 01/09/2025 | 1 |
| 118333684 | Citation (ROC NATION LLC) | | 01/08/2025 | 3 |
| 118333685 | Citation (MARCY BRYAN CROFT) | | 01/08/2025 | 3 |
| 118051259 | Plaintiffs Original Petition For Barratry And Conspiracy To Commit Barratry | | 12/18/2024 | 14 |
| ·> 118051260 | Exhibit 01 | | 12/18/2024 | 4 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 118051261 | Exhibit 02 | | 12/18/2024 | 1 |
| ·> 118051262 | Exhibit 03 | | 12/18/2024 | 1 |
| ·> 118051263 | Exhibit 04 | | 12/18/2024 | 6 |
| ·> 118051264 | Request for Issuance of Service | | 12/18/2024 | 1 |
| ·> 118051265 | Request for Issuance of Service | | 12/18/2024 | 1 |
| ·> 118051266 | Request for Issuance of Service | | 12/18/2024 | 1 |

Case 3:25-cv-00422    Document 20-4    Filed 02/10/26 in TXSD    Page 7 of 20

**HCDistrictclerk.com**      MALDONADO, JOSE vs. CROFT, MARCY BRYAN          2/9/2026
Cause: 202500577      CDI: 7      Court: 190

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 1/3/2025 | | |
| **Case (Cause) Location** | | | |
| **Case (Cause) Status** | Ready Docket | | |
| **Case (Cause) Type** | OTHER CIVIL | | |
| **Next/Last Setting Date** | 5/18/2026 | | |
| **Jury Fee Paid Date** | N/A | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 190th |
| **Address** | 201 CAROLINE (Floor: 12) HOUSTON, TX 77002 Phone:8329272300 |
| **JudgeName** | BEAU MILLER |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| MALDONADO, JOSE | PLAINTIFF - CIVIL | | BUZBEE, ANTHONY GLENN |
| 600 TRAVIS ST., HOUSTON, TX 77002 | | | |
| CROFT, MARCY BRYAN | DEFENDANT - CIVIL | | COSTA, GREGG JEFFREY |
| 1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211 | | | |
| ROC NATION, LLC | DEFENDANT - CIVIL | | HANCOCK, LAWRENCE BRADLEY |
| 600 MAMARONECK AVENUE #400, HARRISON, NY 10528 | | | |

| | | |
|---|---|---|
| MJ LEGAL P A | DEFENDANT - CIVIL | COSTA, GREGG JEFFREY |

1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211

| | | |
|---|---|---|
| SANTIAGO, JESSICA | DEFENDANT - CIVIL | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEFENDANT - CIVIL | FORD, ROBERT HENRY |

700 LOUISIANA STREET, SUITE 3900, HOUSTON, TX 77002

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 11/7/2025 | ORDER SIGNED RESETTING TRIAL | 11/7/2025 | | 5 | | | |
| 11/7/2025 | DESIGNATED TRIAL READY | | | 0 | | | |
| 9/23/2025 | CASE REMANDED FROM FEDERAL TO STATE COURT | | | 0 | | | |
| 1/28/2025 | REMOVED TO FEDERAL COURT | | | 0 | | | |
| 1/28/2025 | DESIGNATED TRIAL READY | | | 0 | | | |
| 1/27/2025 | ANSWER ORIGINAL PETITION | | | 0 | | FORD, ROBERT HENRY | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 1/27/2025 | ANSWER ORIGINAL PETITION | | | 0 | | HANCOCK, LAWRENCE BRADLEY | ROC NATION, LLC |
| 1/27/2025 | ANSWER ORIGINAL PETITION | | | 0 | | COSTA, GREGG JEFFREY | CROFT, MARCY BRYAN |
| 1/27/2025 | ANSWER ORIGINAL PETITION | | | 0 | | COSTA, GREGG JEFFREY | MJ LEGAL P A |
| 1/3/2025 | ORIGINAL PETITION | | | 0 | | BUZBEE, ANTHONY GLENN | MALDONADO, JOSE |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 12/08/2025 01:30 PM | 190 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER EMAIL | FORD, ROBERT HENRY |
| 12/15/2025 01:30 PM | 190 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER EMAIL | FORD, ROBERT HENRY |
| 12/15/2025 01:30 PM | 190 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Re-Set | | HANCOCK, LAWRENCE BRADLEY |
| 12/15/2025 01:30 PM | 190 | Law Day Docket | DISMISS (MOTION TO) | Passed | | COSTA, GREGG JEFFREY |

| 1/12/2026 01:30 PM | 190 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Hearing Held | ORDER 2B FILED 1-16 | HANCOCK, LAWRENCE BRADLEY |
| 1/19/2026 09:00 AM | 190 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | CASE DISPOSED | |
| 1/26/2026 01:30 PM | 190 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER EMAIL | HANCOCK, LAWRENCE BRADLEY |
| 5/18/2026 09:00 AM | 190 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|-----------|--------|-----------|--------|--------|----------|----------|-----------|-----------|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CROFT, MARCY BRYAN | 1/9/2025 | | | | | 74425501 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CROFT, MARCY BRYAN | 1/9/2025 | 1/9/2025 | | | | 74425508 | E-MAIL |
| | 1501 JACKSONIAN PLAZA 12159 JACKSON MS 39211 | | | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MJ LEGAL P A | 1/9/2025 | 1/9/2025 | 1/10/2025 | | | 74425512 | E-MAIL |
| | 1501 JACKSONIAN PLAZA 12159 JACKSON MS 39211 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 1/9/2025 | 1/9/2025 | | | | 74425513 | E-MAIL |
| | 700 LOUISIANA STREET, SUITE 3900 HOUSTON TX 77002 | | | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | ROC NATION, LLC | 1/9/2025 | 1/9/2025 | 1/10/2025 | | | 74425515 | E-MAIL |
| | 600 MAMARONECK AVENUE #400 HARRISON NY 10528 | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 124604478 | Rule 11 Agreement | | 01/14/2026 | 4 |
| 124538794 | Defendant Roc Nation, LLC's Reply to Plaintiff's Response to Its Special Appearance | | 01/12/2026 | 8 |
| ·> 124538795 | Exhibit 1 | | 01/12/2026 | 28 |
| 124522044 | Proposed Order Granting Defendant ROC Nation LLC's Special Appearance | | 01/09/2026 | 1 |
| 124433819 | Plaintiff's Response to Defendant Roc Nation, LLC's Special Appearance | | 01/05/2026 | 13 |
| ·> 124433820 | Declaration of David C. Fortney | | 01/05/2026 | 2 |
| ·> 124433821 | Ex 1 | | 01/05/2026 | 68 |
| ·> 124433822 | Ex 2 | | 01/05/2026 | 3 |
| ·> 124433823 | Ex 3 | | 01/05/2026 | 9 |
| ·> 124433824 | Ex 4 | | 01/05/2026 | 2 |
| ·> 124433825 | Ex 5 | | 01/05/2026 | 2 |
| ·> 124433826 | Ex 6 | | 01/05/2026 | 3 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 124433827 | Ex 7 | | 01/05/2026 | 9 |
| 124186242 | Notice of Hearing on Defendant Roc Nation, LLC's Motion to Dismiss under The Texas Citizens Participation Act | | 12/16/2025 | 4 |
| 124136587 | Rule 11 Agreement | | 12/12/2025 | 4 |
| 123896885 | Amended Notice of Hearing on Defendant Roc Nation, LLC's Special Appearance | | 11/26/2025 | 4 |
| 123900971 | Rule 11 Agreement | | 11/26/2025 | 4 |
| 123608399 | ORDER SIGNED RESETTING TRIAL | | 11/07/2025 | 5 |
| 123523447 | Notice of Hearing | | 11/04/2025 | 4 |
| 123460993 | Notice of Hearing | | 10/31/2025 | 4 |
| 123460994 | Notice of Hearing on Texas Citizens Participation Act | | 10/31/2025 | 4 |
| 123400640 | Notice of Hearing on Defendant Roc Nation, LLC's Special Appearance | | 10/29/2025 | 4 |
| 123417247 | Subject to its Special Appearance, Defendant Roc Nation, LLC's Motion to Dismiss Under the Texas Citizens Participation Act | | 10/29/2025 | 19 |
| ·> 123417248 | Exhibit A | | 10/29/2025 | 19 |
| ·> 123417249 | Exhibit B | | 10/29/2025 | 275 |
| ·> 123417250 | Exhibit C | | 10/29/2025 | 3 |
| ·> 123417251 | Proposed Order Granting Defendant Roc Nation, LLC's Motion to Dismiss Under the Texas Citizens Participation Act | | 10/29/2025 | 1 |
| ·> 123423492 | Proposed Order Granting Defendants Marcy Bryan Croft and MJ Legal, P.A.s Rule 91a Motion to Dismiss | | 10/29/2025 | 1 |
| 123423443 | <mark>Defendants Marcy Bryan Croft and MJ Legal, P.A.s Motion to Dismiss Under the Texas Citizen's Participation Act</mark> | | 10/29/2025 | 21 |
| ·> 123423445 | Exhibit A | | 10/29/2025 | 275 |
| ·> 123423446 | Exhibit B | | 10/29/2025 | 3 |
| ·> 123423447 | Exhibit C | | 10/29/2025 | 3 |
| ·> 123423448 | Exhibit D | | 10/29/2025 | 2 |
| ·> 123423449 | Exhibit E | | 10/29/2025 | 3 |
| ·> 123423450 | Exhibit F | | 10/29/2025 | 4 |
| ·> 123423451 | Proposed Order Granting Defendants Marcy Bryan Croft and MJ Legal, P.A.s Motion to Dismiss Under the Texas Citizen's Participation Act | | 10/29/2025 | 1 |
| 123423491 | Defendants Marcy Bryan Croft and MJ Legal, P.A.s Rule 91a Motion to Dismiss | | 10/29/2025 | 15 |
| 123376640 | Quinn Emanuel Urquhart & Sullivan, LLP's Motion to Dismiss Pursuant to Texas Rule of Civil Procedure 91a | | 10/27/2025 | 24 |
| ·> 123376641 | Exhibit A | | 10/27/2025 | 274 |
| ·> 123376643 | Exhibit B | | 10/27/2025 | 4 |
| ·> 123376644 | Exhibit C | | 10/27/2025 | 2 |
| ·> 123376645 | Proposed Order Granting Quinn Emanuel Urquhart & Sullivan LLP's Motion to Dismiss Pursuant to Texas Rule of Civil Procedure 91a | | 10/27/2025 | 2 |
| 123376782 | Quinn Emanuel Urquhart & Sullivan's Motion to Dismiss Under The Texas Citizen's Participation Act | | 10/27/2025 | 46 |
| ·> 123376783 | Exhibit A | | 10/27/2025 | 274 |
| ·> 123376784 | Exhibit B | | 10/27/2025 | 4 |
| ·> 123376786 | Exhibit C | | 10/27/2025 | 27 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 123376787 | Exhibit D | | 10/27/2025 | 265 |
| ·> 123376788 | Exhibit E | | 10/27/2025 | 1 |
| ·> 123376789 | Exhibit F | | 10/27/2025 | 2 |
| ·> 123376790 | Exhibit G | | 10/27/2025 | 142 |
| ·> 123376791 | Exhibit H | | 10/27/2025 | 26 |
| ·> 123376792 | Proposed Order Granting Quinn Emanuel Urquhart & Sullivan LLP's Motion to Dismiss Under The Texas Citizen's Participation Act | | 10/27/2025 | 2 |
| 122808818 | Memorandum Opinion and Order | | 09/23/2025 | 15 |
| 118663920 | DOCKET CONTROL ORDER | | 01/29/2025 | 6 |
| 118658227 | Defendants Marcy Bryan Croft & & MJ Legal, P.A.'s Notice of Filing of Notice of Removal | | 01/28/2025 | 108 |
| 118613718 | Quinn Emanuel Urquhart and Sullivan LLP's Original Answer and Affirmative Defenses to Plaintiff Jose Maldonado's Original Petition | | 01/27/2025 | 7 |
| 118619330 | Defendant Roc Nation, LLC's Special Appearance and Subject Thereto, Original Answer and General Denial and Affirmative Defenses | | 01/27/2025 | 10 |
| ·> 118619331 | Exhibit A | | 01/27/2025 | 3 |
| 118635466 | Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Answer, Special Exceptions, & Affirmative Defenses | | 01/27/2025 | 7 |
| | Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Answer, Special Exceptions, & Affirmative Defenses | | 01/27/2025 | |
| 118578605 | Return of Service of Subpoena | | 01/24/2025 | 3 |
| 118578673 | Return of Service of Subpoena | | 01/24/2025 | 3 |
| 118548369 | Subpoena Return | | 01/22/2025 | 3 |
| 118539324 | Return of Service | | 01/21/2025 | 4 |
| 118397288 | Citation Non Resident | | 01/13/2025 | 3 |
| 118397395 | Citation Non Resident | | 01/13/2025 | 4 |
| 118397466 | Citation Non Resident | | 01/13/2025 | 3 |
| 118345809 | Civil Process Request - 5 Citations | | 01/09/2025 | 5 |
| 118265008 | Plaintiffs Original Petition For Barratry And Conspiracy To Committ Barratry | | 01/03/2025 | 13 |

## APPEALS

No Appeals found.

## COST STATMENTS

No Cost Statments found.

## TRANSFERS

No Transfers found.

## POST TRIAL WRITS

No Post Trial Writs found.

## ABSTRACTS

No Abstracts found.

## NOTICES

No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 12/5/2024 | **Court** | 011th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:8329272600 |
| **Case (Cause) Status** | Ready Docket | | |
| **Case (Cause) Type** | OTHER CIVIL | **JudgeName** | KRISTEN BRAUCHLE HAWKINS |
| **Next/Last Setting Date** | 2/23/2026 | **Court Type** | Civil |
| **Jury Fee Paid Date** | N/A | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| THE BUZBEE LAW FIRM | PLAINTIFF - CIVIL | | BUZBEE, ANTHONY GLENN |
| 600 TRAVIS STREET STE 700, HOUSTON, TX 77002 | | | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | DEFENDANT - CIVIL | | FORD, ROBERT HENRY |
| 700 LOUISIANA STREET STE 3900, HOUSTON, TX 77002 | | | |
| LEX INTELLIGENCE LLC | DEFENDANT - CIVIL | | |
| SIESS, CHRISTINA | DEFENDANT - CIVIL | | |
| CROFT, MARCY BRYAN | DEFENDANT - CIVIL | | COSTA, GREGG |

| | | | JEFFREY |
|---|---|---|---|
| MJ LEGAL P A | DEFENDANT - CIVIL | | COSTA, GREGG JEFFREY |

ROC NATION LLC                  DEFENDANT - CIVIL

SANTIAGO, JESSICA               DEFENDANT - CIVIL

LEX INTELLIGENCE LLC (A NEW YORK LIMITED    REGISTERED AGENT
LIABILITY COMPANY) MAY BE

     ONE COMMERCE PLAZA 99 WASHINGTON AVE, ALBANY, NY 12231

SIESS, CHRISTINA MAY BE SERVED THROUGH      REGISTERED AGENT
THE SECRETARY OF STATE FOR NEW

     ONE COMMERCE PLAZE 99 WASHINGTON AVENUE, ALBANY, NY 12231

CROFT, MARCY BRYAN (A TEXAS LICENSED        REGISTERED AGENT
ATTORNEY) MAY BE SERVED THROUGH

     1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211

MJ LEGAL P A (A BUSINESS CORPORATION) MAY    REGISTERED AGENT
BE SERVED THROUGH THE TEXAS

     1501 JACKSONIAN PLAZA 12159, JACKSON, MS 39211

ROC NATION LLC (A LIMITED LIABILITY          REGISTERED AGENT
COMPANY) MAY BE SERVED THROUGH THE

     600 MAMARONECK AVENUE #400, HARRISON, NY 10528


## INACTIVE PARTIES

No inactive parties found.


## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/13/2026 | ORDER GRANTING APPEARANCE PRO HAC VICE SIGNED | 1/13/2026 | | 1 | | | |
| 1/13/2026 | ORDER GRANTING APPEARANCE PRO HAC VICE SIGNED | 1/13/2026 | | 1 | | | |
| 9/29/2025 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 9/29/2025 | | 7 | | | |
| 9/29/2025 | DESIGNATED TRIAL READY | | | 0 | | | |
| 9/29/2025 | CASE REMANDED FROM FEDERAL TO STATE COURT | | | 0 | | | |
| 1/30/2025 | REMOVED TO FEDERAL COURT | | | 0 | | | |
| 1/29/2025 | SPECIAL APPEARANCE | | | 0 | | COSTA, GREGG JEFFREY | CROFT, MARCY BRYAN |
| 1/29/2025 | SPECIAL APPEARANCE | | | 0 | | COSTA, GREGG JEFFREY | MJ LEGAL P A |
| 1/27/2025 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | BUZBEE, ANTHONY GLENN | THE BUZBEE LAW FIRM |
| 12/30/2024 | ANSWER ORIGINAL PETITION | | | 0 | | FORD, ROBERT HENRY | QUINN EMANUEL URQUHART & SULLIVAN LLP |

| Date | | | | | | |
|------|--|--|--|--|--|--|
| 12/9/2024 | ORDER SIGNED DENYING TEMPORARY RESTRAINING ORDER | 12/9/2024 | 1 | | | |
| 12/6/2024 | BENCH HEARING ASSIGNED | | 0 | | | |
| 12/6/2024 | APPEARANCE ON TEMPORARY INJ OR TEMPORARY RESTRAINING ORD | | 0 | | | |
| 12/6/2024 | EVIDENCE PRESENTED (BENCH HEARING) | | 0 | | | |
| 12/6/2024 | HEARING HELD FOR ANOTHER COURT | | 0 | | | |
| 12/5/2024 | ORIGINAL PETITION | | 0 | BUZBEE, ANTHONY GLENN | THE BUZBEE LAW FIRM | |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|------|------|------|------|------|------|------|
| 11/03/2025 11:00 AM | 011 | Law Day Docket | DISMISS (MOTION TO) | Passed | ANGELA DAVIS 10/27/2025 | FORD, ROBERT HENRY |
| 11/03/2025 11:00 AM | 011 | Law Day Docket | DISMISS (MOTION TO) | Passed | ANGELA DAVIS | FORD, ROBERT HENRY |
| 12/08/2025 11:00 AM | 011 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER ANGELA | FORD, ROBERT HENRY |
| 12/08/2025 11:00 AM | 011 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER ANGELA | FORD, ROBERT HENRY |
| 12/15/2025 01:30 PM | 011 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER AMBER | COSTA, GREGG JEFFREY |
| 1/12/2026 09:00 AM | 011 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Re-Set | | HANCOCK, LAWRENCE BRADLEY |
| 1/12/2026 11:30 AM | 011 | Law Day Docket | SPECIAL APPEARANCE (MOTION FOR)(TRCP 120A) | Hearing Held | | HANCOCK, LAWRENCE BRADLEY |
| 1/12/2026 11:30 AM | 011 | Law Day Docket | DISMISS (MOTION TO) | Passed | PER AMBER | COSTA, GREGG JEFFREY |
| 2/23/2026 09:30 AM | 011 | Law Day Docket | CASE CONSOLIDATION (MOTION FOR)(TRCP 174) | | | WILLIAMS, MICHAEL CASEY |
| 2/23/2026 09:30 AM | 011 | Law Day Docket | LEAVE TO APPEAR PRO HAC VICE (MOTION FOR) | | | WILLIAMS, MICHAEL CASEY |
| 2/23/2026 09:30 AM | 011 | Law Day Docket | LEAVE TO APPEAR PRO HAC VICE (MOTION FOR) | | | WILLIAMS, MICHAEL CASEY |
| 10/02/2026 09:00 AM | 011 | Trial Coordinators Docket | DOCKET CALL (MOTION FOR) | | | |
| 10/19/2026 09:00 AM | 011 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 12/06/2024 01:30 PM | 129 | Ancillary Docket | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Tried | DENIED O/S 12/9/2024 | FORTNEY, DAVID CHRISTOPHER |

## SERVICES

| Type | Status | Instrument Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | LEX INTELLIGENCE LLC (A NEW YORK LIMITED LIABILITY COMPANY) MAY BE | 1/27/2025 | 1/27/2025 | | 74431296 | E-MAIL |

ONE COMMERCE PLAZA 99 WASHINGTON AVE ALBANY NY 12231

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | SIESS, CHRISTINA MAY BE SERVED THROUGH THE SECRETARY OF STATE FOR NEW | 1/27/2025 | 1/27/2025 | | 74431303 | E-MAIL |

ONE COMMERCE PLAZE 99 WASHINGTON AVENUE ALBANY NY 12231

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | AMENDED ORIGINAL PETITION | CROFT, MARCY BRYAN (A TEXAS LICENSED ATTORNEY) MAY BE SERVED THROUGH | 1/27/2024 | 1/14/2025 | 1/28/2025 | 74431308 | E-MAIL |

1501 JACKSONIAN PLAZA 12159 JACKSON MS 39211

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | AMENDED ORIGINAL PETITION | MJ LEGAL P A (A BUSINESS CORPORATION) MAY BE SERVED THROUGH THE TEXAS | 1/27/2025 | 1/27/2025 | 1/28/2025 | 74431318 | E-MAIL |

1501 JACKSONIAN PLAZA 12159 JACKSON MS 39211

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | AMENDED ORIGINAL PETITION | ROC NATION LLC (A LIMITED LIABILITY COMPANY) MAY BE SERVED THROUGH THE | 1/27/2025 | 1/27/2025 | 1/28/2025 | 74431329 | E-MAIL |

600 MAMARONECK AVENUE #400 HARRISON NY 10528

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | SANTIAGO, JESSICA | 1/27/2025 | 1/27/2025 | | 74431338 | E-MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 124597459 | Rule 11 Agreement | | 01/14/2026 | 4 |
| 124615269 | ORDER GRANTING APPEARANCE PRO HAC VICE SIGNED | | 01/13/2026 | 1 |
| 124615326 | ORDER GRANTING APPEARANCE PRO HAC VICE SIGNED | | 01/13/2026 | 1 |
| 124537337 | Defendant Roc Nation, LLC's Reply to Plaintiff's Response to Its Special Appearance | | 01/12/2026 | 8 |
| ·> 124537338 | Exhibit 1 | | 01/12/2026 | 89 |
| 124485430 | Amended Notice of Hearing | | 01/08/2026 | 4 |
| 124433708 | Plaintiff's response To Defendant ROC Nation, LLC's Special Appearance | | 01/05/2026 | 14 |
| ·> 124433709 | Declaration Of David C. Fortney | | 01/05/2026 | 2 |
| ·> 124433710 | Exhibit 1 | | 01/05/2026 | 68 |
| ·> 124433711 | Exhibit 2 | | 01/05/2026 | 3 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 124433712 | Exhibit 3 | | 01/05/2026 | 9 |
| ·> 124433713 | Exhibit 4 | | 01/05/2026 | 2 |
| ·> 124433715 | Exhibit 5 | | 01/05/2026 | 2 |
| ·> 124433716 | Exhibit 6 | | 01/05/2026 | 3 |
| ·> 124433717 | Exhibit 7 | | 01/05/2026 | 9 |
| 124277318 | Notice of Hearing | | 12/22/2025 | 4 |
| 124277595 | Sworn Motion of James Stephen Fritz, Jr., Requesting Permission to Participate in this Cause | | 12/22/2025 | 7 |
| 124277596 | Exhibit A | | 12/22/2025 | 1 |
| 124277597 | Proposed Order Granting Sworn Motion of James Stephen Fritz, Jr., Requesting Permission to Participate in this Cause Pro Hac Vice | | 12/22/2025 | 1 |
| 124277598 | Attorney Robert H. Ford's Motion in Support of Sworn Motion of James Stephen Fritz, Jr., Requesting Permission to Participate in this Cause Pro Hac Vice | | 12/22/2025 | 5 |
| 124190542 | Notice of Hearing on Defendant Roc Nation, LLC's Motion to Dismiss Under the Texas Citizens Participation Act | | 12/16/2025 | 4 |
| 124148217 | Rule 11 Agreement | | 12/12/2025 | 4 |
| 124079121 | Quinn Emanuel Urquhart & Sullivan, LLP's Motion to Consolidate | | 12/09/2025 | 18 |
| ·> 124079122 | Proposed Order Granting Motion to Consolidate | | 12/09/2025 | 2 |
| 124031734 | Sworn Motion of Rankin Sumner Fortenberry Requesting Permission to Practice in this Cause Pro Hac Vice | | 12/05/2025 | 7 |
| 124031737 | Attorney Robert H. Ford's Motion in Support of Sworn Motion of Rankin Sumner Fortenberry Requesting Permission to Participate in this Cause Pro Hac Vice | | 12/05/2025 | 5 |
| ·> 124031735 | Exhibit A | | 12/05/2025 | 1 |
| ·> 124031736 | Proposed Order Granting Sworn Motion of Rankin Sumner Fortenberry Requesting Permission to Participate in this Cause Pro Hac Vice | | 12/05/2025 | 1 |
| 123928837 | DCA Generic Letter | | 12/01/2025 | 7 |
| 123900634 | Letter to Court re Rule 11 Agreement | | 11/26/2025 | 4 |
| 123876314 | Amended Notice of Hearing On Defendant ROC Nation, LLC's Special Appearance | | 11/25/2025 | 4 |
| 123765134 | Notice of Hearing | | 11/18/2025 | 5 |
| 123765135 | Notice of Hearing (TCPA) | | 11/18/2025 | 5 |
| 123743397 | <mark>Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Motion to Dismiss Under the Texas Citizens Participation Act</mark> | | 11/17/2025 | 24 |
| ·> 123743399 | Exhibit A | | 11/17/2025 | 275 |
| ·> 123743401 | Exhibit B | | 11/17/2025 | 3 |
| ·> 123743402 | Exhibit C | | 11/17/2025 | 3 |
| ·> 123743404 | Exhibit D | | 11/17/2025 | 2 |
| ·> 123743406 | Exhibit E | | 11/17/2025 | 3 |
| ·> 123743407 | Exhibit F | | 11/17/2025 | 4 |
| ·> restricted | Proposed Order Granting Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Motion to Dismiss Under The Texas Citizens Participation Act | | 11/17/2025 | 1 |
| 123684845 | Subject to Its Special Appearance, Defenant ROC Nation, LLC's Motion to Dismiss Under the Texas Citizens Participation Act | | 11/13/2025 | 24 |
| 123684846 | Subject to Its Special Appearance, Defendant ROC Nation, LLC's Motion to Dismiss Pursuant to Texas Rule Of Civil Procedure 91A | | 11/13/2025 | 10 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 123662358 | Notice of Hearing on Defendant ROC Nation, LLC's Special Appearance | | 11/12/2025 | 4 |
| 123621098 | Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Rule 91A Motion to Dismiss | | 11/10/2025 | 18 |
| 123621099 | Proposed Order Granting Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Rule 91A Motion to Dismiss | | 11/10/2025 | 1 |
| 123594931 | Defendant Roc Nation, LLC's Special Appearance And Subject Thereto, original Answer And General Denial And Affirmative Defenses | | 11/07/2025 | 11 |
| ·> 123594932 | Exhibit 1 | | 11/07/2025 | 20 |
| 123595192 | proposed Order Granting Roc Nation LLC's Special Appearance | | 11/07/2025 | 1 |
| 123375510 | Rule 11 Agreement | | 10/27/2025 | 4 |
| 123375511 | Amended Notice of Hearing | | 10/27/2025 | 4 |
| 122908364 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | | 09/29/2025 | 7 |
| 122848778 | Notice of Hearing | | 09/26/2025 | 4 |
| 122741639 | Quinn Emanuel Urquhart & Sullivan's Motion To Dismiss Under The Texas Citizens Participation Act | | 09/19/2025 | 48 |
| ·> 122741640 | Exhibit A | | 09/19/2025 | 275 |
| ·> 122741641 | Exhibit B | | 09/19/2025 | 5 |
| ·> 122741642 | Exhibit C | | 09/19/2025 | 3 |
| ·> 122741643 | Exhibit D | | 09/19/2025 | 143 |
| ·> 122741644 | Proposed Order Granting Quinn Emanuel Urquhart & Sullivan, LLP's Motion To Dismiss Under The Texas Citizens Participation Act | | 09/19/2025 | 1 |
| 122743633 | Quinn Emanuel Urquhart & Sullivan, LLP's Motion To Dismiss Pursuant To Texas Rule Of Civil Procedure | | 09/19/2025 | 35 |
| ·> 122743634 | Exhibit A | | 09/19/2025 | 275 |
| ·> 122743635 | Exhibit B | | 09/19/2025 | 3 |
| ·> 122743636 | Exhibit C | | 09/19/2025 | 143 |
| ·> 122743637 | Proposed Order Granting Quinn Emanuel Orquhart & Sillivan, LLP's Motion To Dismiss Pursuant To Texas Rule Of Civil Procedures 91a | | 09/19/2025 | 2 |
| 118696509 | Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Notice of Filing of Notice of Removal | | 01/30/2025 | 689 |
| 118667117 | Citation Return (Secretary of State Non-Resident) - Marcy Bryan Croft | | 01/29/2025 | 3 |
| 118667497 | Citation Return (Secretary of State Non-Resident) - ROC National LLC | | 01/29/2025 | 3 |
| 118667547 | Citation Return (Secretary of State Non-Resident) - MJ Legal PA | | 01/29/2025 | 3 |
| 118672023 | Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Verified Special Appearance To Contest Personal Jurisdiction and - Subject to Special Appearance - Answer, Special Exception, and Affirmative Defenses | | 01/29/2025 | 15 |
| | Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Verified Special Appearance To Contest Personal Jurisdiction and - Subject to Special Appearance - Answer, Special Exception, and Affirmative Defenses | | 01/29/2025 | |
| ·> 118672025 | Marcy Bryan Croft's Declaration in Support of Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Verified Special Appearance To Contest Personal Jurisdiction and - Subject to Special Appearance - Answer, Special Exception, and Affirmative Defenses | | 01/29/2025 | 2 |
| | Marcy Bryan Croft's Declaration in Support of Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Verified Special Appearance To Contest Personal Jurisdiction and - Subject to Special Appearance - Answer, Special Exception, and Affirmative Defenses | | 01/29/2025 | |
| 118672023 | Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Verified Special Appearance To Contest Personal Jurisdiction and - Subject to Special Appearance - Answer, Special Exception, and Affirmative Defenses | | 01/29/2025 | 15 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 118672025 | Marcy Bryan Croft's Declaration in Support of Defendants Marcy Bryan Croft and MJ Legal, P.A.'s Verified Special Appearance To Contest Personal Jurisdiction and - Subject to Special Appearance - Answer, Special Exception, and Affirmative Defenses | | 01/29/2025 | 2 |
| 118616528 | Plaintiff's First Amended Petition | | 01/27/2025 | 20 |
| ·> 118616539 | Ex K - Affidavit of Liz Buzbee | | 01/27/2025 | 2 |
| ·> 118616529 | Ex A | | 01/27/2025 | 4 |
| ·> 118616530 | Ex B | | 01/27/2025 | 1 |
| ·> 118616531 | Ex C | | 01/27/2025 | 1 |
| ·> 118616532 | Ex D | | 01/27/2025 | 6 |
| ·> 118616533 | Ex E - Affidavit of Deseree McIntosh | | 01/27/2025 | 1 |
| ·> 118616534 | Ex F - Affidavit of Tori Conklin | | 01/27/2025 | 1 |
| ·> 118616535 | Ex G - Affidavit of Angelique Townsend | | 01/27/2025 | 1 |
| ·> 118616536 | Ex H - Affidavit of Laura Delacruz | | 01/27/2025 | 2 |
| ·> 118616537 | Ex I - Declaration of Fernando R Garza | | 01/27/2025 | 2 |
| ·> 118616538 | Ex J - Affidavit of Anna Faubus | | 01/27/2025 | 2 |
| ·> 118616540 | Ex L - Affidavit of Mauricio Guevara | | 01/27/2025 | 2 |
| ·> 118616541 | Ex M - Affidavit of David Fortney | | 01/27/2025 | 2 |
| ·> 118616542 | Request for Issuance - Christina Siess | | 01/27/2025 | 1 |
| ·> 118616544 | Request for Issuance of Service | | 01/27/2025 | 1 |
| ·> 118616545 | Request for Issuance of Service | | 01/27/2025 | 1 |
| ·> 118616546 | Request for Issuance of Service | | 01/27/2025 | 1 |
| ·> 118616547 | Request for Issuance of Service | | 01/27/2025 | 1 |
| ·> 118616549 | Request for Issuance of Service | | 01/27/2025 | 1 |
| 118184185 | Quinn Emanuel Urquhart and Sullivan, LLP's Original Answer and Affirmative Defenses to Plaintiff the BUZBEE Law Firm's Original Petition | | 12/30/2024 | 9 |
| 117913957 | ORDER SIGNED DENYING TEMPORARY RESTRAINING ORDER | | 12/09/2024 | 1 |
| 117862355 | Amended Notice of Hearing on Plaintiff's Application for Temporary Restraining Order | | 12/06/2024 | 2 |
| 117868916 | Quinn Emanuel Urquhart and Sullivan, LLP's Response in Opposition to Plaintiff's Procedurally Defective Application for Temporary Restraining Order | | 12/06/2024 | 27 |
| ·> 117868917 | Exhibit A | | 12/06/2024 | 236 |
| 117868918 | Proposed Order Denying Plaintiff's Original Petition and Application for Temporary Restraining Order and Temporary Injunctions | | 12/06/2024 | 2 |
| 117842523 | Plaintiffs Original Petition and Application for Temporary Restraining Order and Temporary injunction | | 12/05/2024 | 12 |
| ·> 117842524 | Exhibit A | | 12/05/2024 | 1 |
| ·> 117842525 | Exhibit B | | 12/05/2024 | 1 |
| ·> 117842526 | Exhibit C | | 12/05/2024 | 1 |
| ·> 117842527 | Exhibit D | | 12/05/2024 | 2 |
| ·> 117842528 | Exhibit E | | 12/05/2024 | 2 |
| ·> 117842529 | Exhibit F | | 12/05/2024 | 2 |
| ·> 117842530 | Exhibit G | | 12/05/2024 | 2 |
| ·> 117842531 | Exhibit H | | 12/05/2024 | 2 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| -> 117842532 | Exhibit I | | 12/05/2024 | 2 |
| 117845584 | Notice of Oral Hearing on Plaintiff's Application for Temporary Restraining Order | | 12/05/2024 | 2 |
| restricted | Proposed Order Granting Plaintiff's Original Petition and Application for Temporary Restraining Order and Temporary Injunction | | 12/05/2024 | 3 |