United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARCY CROFT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-cv-422 |
| | § | |
| ANTHONY BUZBEE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

On June 25, 2026, the plaintiff filed a notice regarding the dismissal of pertinent state court actions in Harris County. Dkt. 25. The notice asks the court to refrain from applying the *Colorado River* abstention doctrine advanced in the defendants' motion to dismiss or stay. Dkt. 15. Since the state cases have been dismissed, the plaintiff argues there is no basis to apply the abstention doctrine here. Dkt. 25 at 2.

At this point, the court directs the defendants to enter a filing merely indicating whether they disagree with the plaintiff's notice, Dkt. 25, by Monday, July 13, 2026, at 5:00pm. If the defendants do disagree, a response may be filed by Friday, July 17, 2026, at 5:00pm.

1/2

Signed on Galveston Island this 9th day of July 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE